UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

UNITED STATES OF AMERICA

vs.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
      a/k/a Sean Kingston,

            Defendants.
_____/

## GOVERNMENT NOTICE OF NON-CONFLICT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and in support states as follows:

1. Victim "Ocean Auto" is not managed or owned by Braman. In the past, they have both purchased and sold cars to Braman dealers, but have no other affiliation.

2. Victim "S.Y." operates a small towing related business in Atlanta, GA and does very few car sales. It does not appear they have any connection with Braman Motors.

3. Victim "Royalty Motors" operates several independently owned businesses in Pompano Beach, Deerfield Beach, and Miami, Florida. They do not appear to have any connection with Braman Motors.

Based upon the above, it does not appear that your Honor has a conflict in overseeing the above captioned matter. If, during the course of proceeding new information is learned that leads the Government to believe that either an existing or newly discovered automotive victim is

1

potentially related to Braman Motors, it will immediately be brought to the attention of this Honorable Court.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By: /s/ Marc S. Anton
     Marc Anton
     Assistant United States Attorney
     500 East Broward Blvd, 7th Floor
     Fort Lauderdale, Florida 33394
     Tel: (954) 660-5096
     Fla. Bar # 0148369
     Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                /s/ Marc S. Anton
                Marc Anton
                Assistant United States Attorney