UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

Vs.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,

        Defendants.

_____/

**DEFENDANT, KISEAN PAUL ANDERSON A/K/A SEAN KINGSTON'S UNOPPOSED MOTION TO TRAVEL FOR BUSINESS PURPOSE TO DUBAI**

    COMES NOW Defendant, KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON, by and through his undersigned counsel and hereby files this unopposed motion to travel to Dubai to perform for business purposes and alleges as follows:

    1.    Mr. Anderson a/k/a Sean Kingston, entered into a performance contract wherein he would perform at Dubai Media Center on November 20th, 2024.

    2.    The Defendant seeks this Honorable Court's permission to travel to Dubai to honor the performance contract. The Defendant will leave for Dubai on or about November 28th, 2024 for the November 30th performance. The Defendant will return to Broward County, Florida on December 4th, 2024.

    3.    Pursuant to the appearance bond conditions, the Defendant has furnished his itinerary to Tanya Okun of Pretrial Services. Ms. Okun has no objection to the Defendant being able to travel to Dubai. Undersigned counsel has spoken to AUSA, Marc S. Anton, who does not oppose this motion to travel.

    WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this unopposed motion to travel for business purposes.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with viia e-portal and copied to: Marc S. Anton, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394, **marc.anton@usdoj.gov** and Tanya Okun at: **tanya_okun@flsp.uscourts.gov** this 21st day of November, 2024.

                        Respectfully Submitted,

                        /s/:   ROBERT A. ROSENBLATT
                        THE ROSENBLATT LAW FIRM
                        7695 SW 104th Street
                        Second Floor
                        Pinecrest, Florida 33156
                        (305) 536-3300
                        **rosenblattlaw@hotmail.com**

                        Attorney for Kisean Anderson
                        aka Sean Kingston