UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a/
SEAN KINGSTON**,

    Defendant.
_____/

## OMNIBUS ORDER ON MOTIONS

THIS CAUSE came before the Court on Defendants' Unopposed Motion to Travel [ECF No. 35], and Defendant Kisean Paul Anderson's Unopposed Motions to Travel for Business Purpose to Dubai [ECF No. 36 and 37]. Being fully advised, having reviewed the submission of the parties, for the reason stated in the motion, it is **ORDERED AND ADJUDGED** that:

1. Unopposed Motion to Travel to Los Angeles, California [ECF No. 35] is **GRANTED**;

2. Unopposed Motions to Travel for Business Purpose to Dubai [ECF No. 36, and 37] are **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida, this 22nd day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record