**Declaration of Custodian of Records**

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

Scott Bernier
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 01, 2024.

Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

**CERTIFICATE OF RECORDS**

I, *Scott Bernier*, hereby certify that:

1. I am the Director of Consumer Services and the custodian of records at Early Warning Services("the Company"), located in Scottsdale, AZ.

2. I have examined the records of the Company and they contain the attached documents, each of which is the original or the duplicate of the original records, described more particularly as Comprehensive File Disclosure(s) and/or Summary File Disclosure(s).

3. These records were made at or near the time of the occurrence of the matters set forth therein, by a person with knowledge of these matters or from information transmitted by such a person.

4. These records were kept in the course of a regularly conducted activity of the Company.

5. Making the records was a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 01, 2024.



Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635