UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
      a/k/a/ Sean Kingston

      Defendants.
_____/

## UNITED STATES OF AMERICA'S EXHIBIT LIST

The United States submits the attached exhibit list, which reflects exhibits that the government intends to introduce at trial in its case-in-chief. The government reserves the right to supplement this list as necessary.

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

/s/*Marc S. Anton*
Marc S. Anton
Assistant United States Attorney
Florida Bar No. 0148369
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 660-5096
Email: Marc.Anton@usdoj.gov

/s/ Trevor Jones
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
      a/k/a/ Sean Kingston

            Defendants.
_____/

**UNITED STATES OF AMERICA'S EXHIBIT LIST**

| ASSISTANT U.S. ATTORNEYS<br><br>Marc S. Anton<br>Trevor Jones | DEFENDANT'S ATTORNEYS<br><br>James Stark (Turner)<br>Robert Rosenblatt (Anderson) | | | |
|---|---|---|---|---|
| **GOV. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBIT** |
| | | | | ***Ariel Mateos (Expimled) (Count 5)*** |
| 1 | | | | Sean Kingston Contact Card |
| 2 | | | | Mama Kingston Contact Card |
| 3 | | | | IG Chats with Sean Kingston |
| 4 | | | | Text Messages with Sean |
| 5 | | | | Text Messages with Mama Kingston |
| 6 | | | | Expimled Invoice |
| 7 | | | | Expimled Receipt Acknowledgement |
| 8 | | | | Fake Novo Transaction Receipt |
| | | | | |
| | | | | |
| | | | | ***Andrii Nikolenko (Count 6)*** |
| 9 | | | | Sean Kingston Contact Card |
| 10 | | | | Mamy Sean Kingston Contact Card |
| 11 | | | | Instagram with seankingston |
| 12 | | | | Text Messages with Sean |
| 13 | | | | Text Messages with Mamy Sean Kingston |
| 14 | | | | Group Text Message with BK and M |

2

| | | | | |
|---|---|---|---|---|
| 15 | | | | Invoice |
| 16 | | | | Fake Bank of America Transfer Confirmation |
| 17 | | | | Bank of America Screenshots |
| | | | | |
| | | | | |
| | | | | ***Steve Young (Count 2)*** |
| 18 | | | | Sean Kingston Contact Card |
| 19 | | | | Sean Mother Contact Card |
| 20 | | | | Seankingston Instagram |
| 21 | | | | Text Messages with Sean Kingston |
| 22 | | | | Text Messages with Sean Mother |
| 23 | | | | Fake Wire Receipt Text |
| 24 | | | | Chase Bank Statement |
| | | | | |
| | | | | |
| | | | | ***Moshe Edery (Mazel Jewelers) (Count 3)*** |
| 25 | | | | Sean Kingston Contact Card |
| 26 | | | | Janice Turner Contact Card |
| 27 | | | | Seankingston Instagram |
| 28 | | | | Text Messages with Sean |
| 29 | | | | Invoice |
| 30 | | | | Fake Bank of America Wire Receipt |
| 31 | | | | Chase Bank Statement |
| | | | | |
| | | | | |
| | | | | ***Arnold Bush (Ocean Auto) (Count 4)*** |
| 32 | | | | Sean Kingston Contact Card |
| 33 | | | | Momma Kingston Contact Card |
| 34 | | | | Text Messages with Sean Kingston |
| 35 | | | | Text Messages with Momma Kingston |
| 36 | | | | IMessage with Republic ACH.pdf |
| 37 | | | | Fake First Republic Receipt |
| 38 | | | | Ocean Mazda Receipts |
| | | | | |
| | | | | |
| | | | | ***Brad Jenkins*** |
| 39 | | | | Cellphone |
| 39A | | | | Thumbdrive containing Turner Phone Extraction (954-770-4578) |
| | | | | |
| | | | | ***Amanda Cook*** |
| 40 | | | | AT&T Records |
| 41 | | | | 11/2021 Text Messages skkkkk and Mamakingston Bookings |
| 42 | | | | Seanking and Mamakingston Bookings Text Messages (Ocean Auto) |

| | | | | |
|---|---|---|---|---|
| 43 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Ocean Auto) |
| 44 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Steve Young) |
| 45 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (VerVer/Eximpled) |
| 46 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Mazel Jewelers) |
| 47 | | | | Mamakingston Bookings and Ryan Music Text Messages (Nikolenko) |
| 48 | | | | Mamakingston Bookings and Ryan Music Text Messages (2/6/2024 with Fake Bank of America Statements) |
| 49 | | | | Mamakingston Bookings and Ryan Music Text Messages (5/13/2024 with Fake Bank of America Statements) |
| 49A | | | | Mamakingston Bookings and Mark Mosquera Text Messages (6/1/2023) |
| 50 | | | | Bank of America Bank Statements Acct 2924 (10/1/23 – 3/31/24) |
| 51 | | | | Bank of America Bank Statements Acct 2431 (2/15/24 – 4/30/24) |
| 52 | | | | Additional Fake Receipts |
| 53 | | | | Zelle Transactions |
| 54 | | | | Turner Phone Extraction Contact List |
| 55 | | | | Stipulation |