UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
    Defendants.
_____/

## DEFENDANT'S NOTICE OF FILING VERDICT FORM

The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON, a/k/a SEAN KINGSTON, hereby give notice of filing verdict form.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with via e-portal and copied to: Marc S. Anton, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394, **marc.anton@usdoj.gov**, Tanya Okun at: **tanya_okun@flsp.uscourts.gov** and to **trevor.jones@usdoj.gov** this 21st day of March, 2025.

                            Respectfully Submitted,

/s/: ROBERT A. ROSENBLATT
THE ROSENBLATT LAW FIRM
7695 SW 104th Street
Second Floor, Suite 230
    Pinecrest, Florida 33156
(305) 536-3300
**rosenblattlaw@hotmail.com**

Attorney for Kisean Anderson
a/k/a Sean Kingston

/s/: JAMES M. STARK
633 S. Federal Highway
6th Floor
Ft. Lauderdale, Fl 33301
    (954) 522-3307
**jmstarkpa@aol.com**

Attorney for Janice Turner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
        Defendants.
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find:

## COUNT 1

As to **Count 1** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Conspiracy to Commit Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY    _____         GUILTY    _____

As to **Count 2** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY    _____         GUILTY    _____

As to **Count 3** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY    _____         GUILTY    _____

As to **Count 4** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY      _____          GUILTY      _____

As to **Count 5** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY      _____          GUILTY      _____

As to **Count 6** of the Indictment, which charges Defendant **JANICE ELEANOR TURNER**, with Wire Fraud, we the Jury, find Defendant JANICE ELEANOR TURNER:

NOT GUILTY      _____          GUILTY      _____

*SO SAY WE ALL*

_____           _____
**DATED**                                                              **FOREPERSON OF THE JURY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
        Defendants.
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find:

### COUNT 1

As to **Count 1** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Conspiracy to Commit Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

NOT GUILTY _____     GUILTY _____

As to **Count 2** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

NOT GUILTY _____     GUILTY _____

As to **Count 3** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

    NOT GUILTY     _____               GUILTY     _____

As to **Count 4** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

    NOT GUILTY     _____               GUILTY     _____

As to **Count 5** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

    NOT GUILTY     _____               GUILTY     _____

As to **Count 6** of the Indictment, which charges Defendant **KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON**, with Wire Fraud, we the Jury, find Defendant KISEAN PAUL ANDERSON:

    NOT GUILTY     _____               GUILTY     _____

*SO SAY WE ALL*

_____          _____

**DATED**                                              **FOREPERSON OF THE JURY**