SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**FELONY SENTENCING MEMORANDUM**
PC § 1170(h)(1) and (h)(2) Cases – County Jail Commitment or Probation (ESS or ISS)

| | | |
|---|---|---|
| Defendant: *Kisean Anderson* | | Case No.: *LA093824* |
| Date: *10 09 2023*  Dept./Div.: *10*  Prosecutor: *Takser* | | Defense Att'y: *Mnassian* |
| Judge: *Hrami*  Clerk: *T. MKHITARYAN*  Reporter: *10236* | | Interpreter/Language: |

**Arraignment for Judgment**
☐ Arraignment for judgment and time for sentencing is waived.  There is no legal cause why judgment should not now be pronounced.
☐ Defendant waives right to be sentenced by judge who took plea and agrees to be sentenced by any judge of the court (*Arbuckle* waiver).

**Sentence**
1. ☐ As to Count _____, a violation of §_____ of the ☐ Penal Code  ☐ H&S Code  ☐ W&I Code  ☐ Vehicle Code _____ Code: _____
   ☐ Defendant is to be imprisoned the Los Angeles County Jail for a total aggregate term of _____ years and _____ months, ☐ consecutive to  ☐ concurrent with _____
   ☐ The court selects the ☐ low ☐ middle ☐ high term of _____ years/months as the base term. ☐ Per the plea agreement.  ☐ Forthwith commitment.
   ☐ Plus an additional term of _____ years/months per PC § _____ ☐ Plus an additional term of _____ years/months per PC § _____
2. ☐ As to Count _____, Defendant is sentenced to _____ years/months ☐ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (87)
3. ☐ As to Count _____, Defendant is sentenced to _____ years/months ☐ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (87)
4. ☐ As to Count _____, Defendant is sentenced to _____ years/months ☐ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (87)
5. ☐ The total aggregate term of imprisonment imposed for all counts and enhancements in this case is _____ years/months. ☐ See attached memoranda for additional count
6. ☐ Defendant to receive custody credit of _____ days actual plus _____ days GT/WT, for a total of _____ days. ☐ Local conduct credits limited to 15 percent per PC § 2933.
7. ☐ Pay a fine of $ _____ plus penalty assessments. ☐ Pay the fines, fees, and assessments as set forth in paragraph 31 below.
8. ☐ Execution of the foregoing sentence is suspended (ESS), and Defendant is granted probation on the terms and conditions set forth below.
9. ☐ Execution of _____ years/months of the foregoing jail term is suspended; Defendant is placed on mandatory supervision for _____ years/months upon release from County Ja on the terms and conditions set forth below.

**Grant of Probation (PC § 1170) or Mandatory Supervision (PC § 1170(h)5)**
As to Count _1, 2_, a violation of § _A8 2a_ of the ☐ Penal Code  ☐ H&S Code  ☐ W&I Code  ☐ Vehicle Code _____ Code: _____
☐ Imposition of sentence is suspended (ISS). ☐ Probation is to be without formal supervision. ☐ Supervision suspended while on parole on another case. ☐ Parole conditions control.
☐ Defendant is granted probation/supervision for _24_ yrs/months upon the following terms and conditions: ☐ Supervision is mandatory, Defendant may not refuse.  (PC § 1170(h)(5
1. ☐ Serve _____ days  _____ months (1) _____ days in the Los Angeles County Jail, ☐ consecutive to  ☐ concurrent with _____ ☐ all other time.
   ☐ Defendant to receive custody credit of _____ days actual plus _____ days GT/WT, for a total of _____ days. ☐ Time may be served in an annual institution.
2. ☐ Serve _____ days in a ☐ residential ☐ outpatient treatment program: _____
   ☐ Defendant to be released only to an authorized representative of that program and is to comply with all program terms and conditions. (013)
   ☐ If Defendant leaves or is discharged from the program for any reason prior to completion, Defendant is to report to court on the next court day. (013)
3. ☐ Perform _75_ days of Community Labor (CalTrans, MTA-MAARS, HBT, graffiti removal, beach cleanup, community cleanup, _____), with credit for _____ days actua
4. ☐ Pay a fine of $ _____ plus penalty assessments, or in default thereof serve _____ additional days in County jail, consecutive.
5. ☐ Make restitution to victim pursuant to PC § 1202.4(f) in the stipulated sum of $ _____. (048) ☐ In a stipulated sum not to exceed $ _____. (048)
   ☐ In an amount and the manner prescribed by the Probation Officer, subject to a hearing if requested. (068) ☐ *Harvey* waiver taken. ☐ Per any final civil judgment against you. (100)
6. ☐ Obey all laws and orders of the court (541)☐ and rules and regulations of the Probation Department, as well as the Probation Officer's instructions. (562)
7. ☐ Report to the Probation Officer within 48 hours of your release from custody at the _____ Probation Office. (817)
8. ☐ Cooperate with the Probation Officer in a plan for (530) ☐ drug treatment and rehabilitation ☐ _____
9. ☐ Complete an approved ☐ 52 ☐ 26 ☐ _____ week ☐ sex offender program ☐ domestic violence program ☐ _____ counseling program
10. ☐ Seek and maintain training, schooling, or employment as directed or approved by the Probation officer. (500)
11. ☐ Maintain residence as approved by the Probation Officer (536) and keep the Probation Officer advised of your work and home address and telephone numbers at all times. (564)
12. ☐ Support dependents as directed by the Probation Officer. (503)
13. ☐ Submit your person and property to search and seizure at any time of the day or night, by any Probation Officer or other peace officer, with or without a warrant, probable cause, or reasonable suspicion. (576)
14. ☐ Do not own, use, threaten to use, possess, buy, or sell any dangerous or deadly weapons, including any firearms, knives, or other concealable weapons. (230)
    ☐ The weapon involved in this case is ordered confiscated and destroyed by the arresting agency. (234)
15. ☐ Do not use or threaten to use force or violence against any person. Do not annoy, harass, molest, intimidate, or contact (directly or indirectly) any victim or witness in this case, especially _____. (913
16. ☐ Stay _____ ☐ 100 yards away from and have no contact with _____. (913
17. ☐ Stay _____ ☐ 100 yards away from ☐ the location of the arrest _____. (904
18. ☐ Obey any Protective Order issued in this or any other case. (579) ☐ Defendant is served with a copy of the Protective Order in open court. (578) (904)
19. ☐ Do not own, use, possess, buy, or sell any controlled substances, or associated paraphernalia, except with valid prescription, and stay away from places where users, buyers, or sellers congregate. Do not associate with persons known by you to be controlled substance users or sellers, unless attending a drug treatment program. (926)
20. ☐ Submit to periodic controlled substance testing when requested by the Probation Officer or any other peace officer. (584)
21. ☐ Abstain from the use of alcoholic beverages, including beer and wine, and stay out of the places where they are the chief items of sale. (300)
22. ☐ Register with your local police agency as a ☐ controlled substance (H&S § 11550) (925) ☐ sex (PC § 290) (927) ☐ arson (PC § 457.1) (902) ☐ gang member (PC § 186.30) (877) offender, carry proof of registration at all times, and display registration to any peace officer upon request.
23. ☐ Use only your true name, stated to be: _____. (924) ☐ Do not give any false information to any peace officer at any time. (535)
24. ☐ If you are deported from/leave the United States, do not re-enter it illegally.  If you do re-enter the United States, report to the Probation Officer within 72 hours of your return and show proof that you are lawfully within the United States. (469)  If you are deported from/otherwise leave the United States, notify the Court (& Probation) in writing of your address and telephone number outside the United States within 72 hours of deportation/departure. Continue to pay all of your financial obligation to the Court (& to Probation) while outside the United States. (474)
25. ☐ Do not drive a motor vehicle without a valid driver's license in your possession or without liability insurance in at least the minim amounts required by law. (374)
26. ☐ Submit to an AIDs test, pursuant to PC § 1202.1(a). (668)
27. ☐ Provide DNA samples and print impressions pursuant to PC §§ 296 and 296.1. (790)
28. ☐ Do not associate with any persons known by you to be criminal street gang members, affiliates, or associates, and stay away from all places where you know such persons congregate, except in an authorized anti-gang program. (918)  Do not own, possess, or wear any criminal street gang paraphernalia, or exhibit any indicia of criminal street gang affiliation, including, but not limited to, dressing in, displaying, or wearing any clothing, "colors," or other insignia associated with any criminal street gang, or making, displaying, using, or "flashing" any hand signs or signals associated with any criminal street gang. (916)  Obey any gang injunction that applies to you. (399)
29. ☐ Do not remain in any vehicle or location where any dangerous or deadly weapon is possessed, nor remain in the presence of any unlawfully armed person. (933)
30. ☐ Do not be within 100 yards of any public place, or in any vehicle, where you know illegal controlled substances or illegal weapons are present, or where you know the vehicle is stolen or being operated without the owner's consent. (239)
31. ☐ Pay all of the following (check all that apply):

| | |
|---|---|
| ☑ A restitution fine of $ _300.00_ ☐ $ _____ ($10,000 max.) per PC § 1202.4(b). (098) | ☐ A drug program fee of $ _____ per drug count (except H&S § 11357(b)) per H&S § 11372.7(a). (Drug convictions only, $150 max.) |
| ☐ The restitution fine is calculated per formula set out in PC § 1202.4(b)(2). | ☐ A crime prevention fine of $10 per PC § 1202.5 (PC theft-related & vandalism). (SA:CP) |
| ☑ A mandatory supervision revocation restitution fine in the same amount as the restitution fine, per PC § 1202.45, stayed unless mandatory supervision revoked. (109) | ☐ A sex offender fine of $300 (1st off.) $500 (2nd/sub. off.) PC § 290.3, plus penalty assessment. |
| ☑ A probation revocation restitution fine in the same amount as the restitution fine, per PC § 1202.44, payment is stayed unless probation is revoked and sentence imposed. | ☐ A child abuse prevention restitution fine of $ _____, per PC § 294 ($5,000 max.) |
| ☑ A court facilities assessment of $ _40.00_ per GC § 70373(a). (Per count) (SA:CC) | ☐ A domestic violence payment of ☐ $500 (min.) or ☐ $ _____ per PC § 1203.097(a)(5). |
| ☐ A state surcharge of $ _____ per PC § 1465.7 (20% of base fine). (SA:A9) | ☐ A criminal justice administration fee of $ _____, payable to the local arresting agency, per GC §§ 29550(c), 29550.1, or 29550.2(a) (agency's actual cost). |
| ☑ A court operations assessment of $40.00 per PC § 1465.8(a)(1). (Per count.) (SA:CA) | ☐ _____ |
| ☐ Cost of probation services per PC § 1203.1b,  ☐ as determined by the Probation Officer, subject to a hearing if requested ☐ in the amount of $ _____ per month. | ☐ _____ |
| ☑ A crime lab fee of $50.00 plus penalty assessment per H&S § 11372.5. (184) | ☐ _____ |

32. ☐ _____

☐ Defendant acknowledges that he/she understands and accepts the terms and conditions of probation. (810) ☐ Defendant's acceptance of supervision not required. (PC § 1170(h)(5))
☐ Defendant is ordered to pay attorney fees ☐ in the amount of $ _____ ☐ in the amount determined by the Financial Evaluator, pursuant to PC § 987.8(b), through the Clerk's Office. (182)
☐ After a noticed ability to pay hearing.
☐ Counts/Allegations _____ are dismissed/stricken on the People's motion pursuant to PC § 1385 as to this Defendant.

_____
Judge/Commissioner of the Superior Court

CRIM 090 (Rev. 04/18)



I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of __1__ pages.

DAVID W. SLAYTON, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles.
Date: 3/19/25  By: _____ ,Deputy
V. Sanchez

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

**JUN 28 2022**

Sherri R. Carter, Executive Officer/Clerk of Court
By: A. Khodjasarian, Deputy

PLAINTIFF:
PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT:
Kisean Anderson

**FELONY ADVISEMENT OF RIGHTS, WAIVER, AND PLEA FORM**

CASE NUMBER: LA093824    DEPT: 107

Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand and agree with it, and sign and date the form where it says "DEFENDANT'S SIGNATURE" on page 4. If you have any questions about anything on this form or about your case, ask your attorney or the judge.

1. I wish to plead guilty or no contest to the following charges, and I wish to admit the prior convictions, special allegations and enhancements, listed below, which carry the maximum penalties set out below:

| COUNT | CHARGE | MAX. TERM | ENHANCEMENTS (Including Priors and Specials) | YEARS | TOTAL YEARS |
|---|---|---|---|---|---|
| 1 | PC 487(A) | 3yr | | | 3yr |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **AGGREGATE TERM OF IMPRISONMENT** | | | 3yr |

**TERMS OF ANY PLEA BARGAIN (If applicable)**                                 **Initials**

2. I understand that it is necessary to disclose any promises of particular sentences or sentence recommendations to the Court on this form. My attorney has told me that if I plead guilty or no contest to the above-listed charge(s), and enhancement(s), the Court **will sentence me as follows:**

   A. Deny Probation and impose a total **State Prison** term of _____ years and _____ months.

   B. Grant **Probation** under the conditions to be set by the Court, including serving _____ days in the County jail. I understand that a violation of any of the terms and conditions of my probation may cause the Court to send me to state prison for up to the maximum punishment provided by law.

   C. Restitution, Statutory Fees, and Assessments — I understand that the Court will order me to pay between $200 and $10,000 to the Victim Restitution Fund, and if appropriate, pay actual restitution to any victim. The Court will also order me to pay statutory fees and other assessments.

   D. **Parole Revocation Fine** — I understand that if I am sentenced to state prison, the Court is required to impose a parole revocation fine, which will be suspended unless my parole is revoked.

   E. Other Terms: _Conditional plea, pay restitution in full; P and C, Misd, 45 days CT, obey all laws; If Resti't's not paid it would be an open plea on a felony_

CRIM 102 01/04                                                    0300.C30

**RIGHT TO AN ATTORNEY AND WAIVER** **(If applicable)**

3.  I understand that I have a right to be represented by an attorney of my choice throughout the proceedings. I further understand that if I cannot afford an attorney, the Court will appoint one to represent me at no cost to me. I hereby waive and give up my right to be represented by an attorney.

**CONSTITUTIONAL RIGHTS**

4.  I understand that I have each of the following rights as to the charges, prior convictions, special allegations and enhancements that are alleged against me.

   A.  **Right to a Jury Trial** — I have the right to a speedy, public jury trial. At the trial, I would be presumed to be innocent, and I could not be convicted unless, after hearing all of the evidence, 12 impartial jurors chosen from the community were convinced of my guilt beyond a reasonable doubt.

   B.  **Right to a Court Trial** — As an alternative to a jury trial, if the prosecutor agrees, I may waive jury and have a court trial, where a judge alone sitting without a jury hears the evidence. I still could not be convicted unless, after hearing all of the evidence, the judge was convinced of my guilt beyond a reasonable doubt.

   C.  **Right to Confront and Cross-Examine Witnesses** — I have the right to confront and cross-examine all witnesses testifying against me. This means that the prosecution must produce the witnesses in court, they must testify under oath in my presence, and my attorney will be allowed to question them.

   D.  **Right to Remain Silent** — I have the right to remain silent and not incriminate myself, and I cannot be forced to say anything against or to testify against myself. I understand that by pleading guilty or no contest, I am waiving and giving up that right and incriminating myself.

   E.  **Right to Produce Evidence and to Present a Defense** — I have the right to present evidence and to have the Court issue subpoenas to bring into court all witnesses and evidence favorable to me, at no cost to me. I also have the right to testify on my own behalf.

**WAIVER OF CONSTITUTIONAL RIGHTS**

5.  I hereby waive and give up, for all of the charges against me, including any prior convictions, special allegations or enhancements, my right to a jury trial, my right to a court trial, my right to confront and cross-examine witnesses, my right against self-incrimination and my right to produce evidence and to put on a defense, including my right to testify on my own behalf.

**STATUTORY RIGHT TO A PRELIMINARY HEARING AND WAIVER**

6.  I understand that I have a statutory right to a speedy preliminary hearing, prior to any trial. Before I can be required to stand trial, at the preliminary hearing, the prosecutor would have to present evidence sufficient to establish reasonable cause to believe I committed the crimes charged. I also would have all of the above constitutional rights at the preliminary hearing, except that I do not have a right to a jury. I hereby waive and give up my right to the preliminary hearing.

**CONSEQUENCES OF MY PLEA**

7.  **Parole (If applicable)** — I understand that a sentence to state prison will include a period of supervised release into the community on parole for _____ years, and that if I violate any of the terms and conditions of my parole, I can be returned to state prison for up to one year for each violation.



8.  **Effect of Conviction on Other Cases** — I understand that a conviction in this case may be grounds for violating any probation or parole that I have been granted in any other case and that I may be subject to additional punishment as a result of that violation.



9.  **Registration** (Check any appropriate box) — I understand that I will be required to register with my local police agency as an: **[ ] arson offender   [ ] gang member   [ ] narcotics offender   [ ] sex offender**, and that if I fail to register or keep my registration current, new criminal charges may be filed against me.



**Initials**

10. **DNA Sample** — I understand that I must provide two blood specimens, a saliva specimen, a right thumbprint, and a palm print, for identification purposes, and that failure to do so constitutes a new criminal offense.



11. **Serious or Violent Felony** — I understand that if I am pleading to a serious or violent felony (a strike offense), and I am convicted of another felony in the future, then pursuant to the Three Strikes laws, the penalty for that future felony will be increased as a result of my conviction in this case.

12. **Immigration Consequences** — I understand that if I am not a citizen of the United States, I must expect my plea of guilty or no contest will result in my deportation, exclusion from admission or reentry to the United States, and denial of naturalization and amnesty.



**PLEA**

13. I hereby freely and voluntarily plead ___No Contest___ to the charge(s) listed on page 1 and admit the prior conviction(s), and special allegation(s) and enhancements listed on page 1. I understand that such admission(s) will increase the penalties imposed on me.



14. Prior to entering this plea, I have had a full opportunity to discuss with my attorney the facts of my case, the elements of the charged offense(s) and enhancement(s), any defenses that I may have, my constitutional rights and waiver of those rights, and the consequences of my plea.



15. I offer my plea of guilty or no contest freely and voluntarily and with full understanding of all the matters set forth in the pleading and in this form. No one has made any threats, used any force against me, my family, or loved ones, or made any promises to me, except as set out in this form, in order to convince me to plead guilty or no contest.



16. I offer to the Court the following as the basis for my plea of guilty or no contest and any admission(s) (select applicable box):

   A. I stipulate and agree that there is a factual basis for my plea(s) and admission(s).

   B. I am pleading guilty or no contest to take advantage of a plea bargain. *(People v. West)*



17. I am not taking any medication, or under the influence of any substance, or suffering from any medical condition, that is or may be impairing my ability to enter into this plea agreement.

18. I understand that a no contest plea will be treated the same as a guilty plea by the Court and that I will be found guilty upon a no contest plea. My no contest plea will not be a bar to liability in any civil lawsuit.



19. If applicable - I understand that the Court is allowing me to surrender at a later date to begin my time in custody. I agree that if I fail to appear on the date set for surrender without a legal excuse, then my plea will become an open plea to the Court and I may be sentenced to anything up to the maximum allowed by law.

20. If applicable - I understand that I have the right to be sentenced by the same judge or commissioner who takes my plea. I waive and give up that right and agree that any judge or commissioner may sentence me.



21. I have no further questions of the Court or of counsel with regard to my plea(s) and admission(s) in this case.

**STIPULATION TO COMMISSIONER (If applicable)**

22. I understand that I have the right to enter my plea before, and be sentenced by, a judge. I give up this right and agree to enter my plea before and be sentenced by a commissioner sitting as a temporary judge.



CRIM 102 01/04

0300.C30

## DEFENDANT'S SIGNATURE

I have read and initialed each of the paragraphs above and discussed them with my attorney. My initials mean that I have read, understand and agree with what is stated in the paragraph. The nature of the charges and possible defenses to them, and the effect of any special allegations and enhancements have been explained to me. I understand each and every one of the rights outlined above and I hereby waive and give up each of them in order to enter my plea to the above charges.

Signed: _____   Dated: 6/28/22
                    DEFENDANT

## ATTORNEY STATEMENT

I am the attorney of record for the defendant. I have reviewed this form with my client. I have explained each of the defendant's rights to the defendant and answered all of his or her questions with regard to those rights and this plea. I have also discussed the facts of the case with the defendant, and explained the nature and elements of each charge, any possible defenses to the charges, the effect of any special allegations and enhancements, and the consequences of the plea. I concur in the plea and any related admission and join in the waiver of defendant's constitutional and statutory rights, and I hereby stipulate that there is a factual basis for the plea. I have explained to the defendant that, to the best of my knowledge, the prosecution has provided me with all information and evidence that might play a significant role in his or her defense, or exculpate the defendant; and I know of no reason that the defendant should not plead to this charge.

Signed: _____   Dated: 6/28/22
                    DEFENDANT'S ATTORNEY

## INTERPRETER'S STATEMENT (If applicable)

I, having been duly sworn or having a written oath on file, certify that I truly translated this form to the defendant in the language indicated below. The defendant stated that he or she understood the contents on the form, and then initialed and signed the form.

Language:  ☐ Spanish.   ☐ Other  (specify) _____

Signed: _____   Dated: _____
                    COURT INTERPRETER

_____
                    TYPE OR PRINT NAME

## COURT'S FINDINGS AND ORDER

The Court, having reviewed this form and any addenda, and having questioned the defendant concerning the defendant's constitutional rights and admission of any prior convictions and special allegations, finds that the defendant has expressly, knowingly, understandingly, and intelligently waived and given up his or her constitutional and statutory rights. The Court finds that the defendant's plea(s) and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, that any allegations of prior convictions, special allegations and enhancements, as indicated in this form are true, and that there is a factual basis for the plea(s) and admission(s). The Court accepts the defendant's plea(s), admission of prior conviction(s) and special allegation(s), if any, and the defendant is convicted upon his or her plea(s). The Court orders that this form filed and incorporated in the docket by reference as though fully set forth therein.

Signed: _____   Dated: 6/28/2022
            JUDGE (or TEMPORARY JUDGE) of the SUPERIOR COURT

Page 4 of 4



I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of 4 pages.

DAVID W. SLAYTON, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles.
Date: 3|14|25 By: _____ ,Deputy
V. Sanchez

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA VS.
KISEAN PAUL ANDERSON

```
CASE NUMBER    : LA093824 (LAV-LA093824-01)
VIOLATION DATE : 10/21/20
CASE FILING DATE: 11/23/20
WITH THE FOLLOWING OFFENSE(S):

COUNT 01: 487(A) PC FELONY
```

01/19/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 100

CASE CALLED FOR ARRAIGNMENT

PARTIES: JOHN REID (JUDGE)  MALQUELE GARCIA  (CLERK)
        DOMINICA HOTCHKISS  (REP)     BRAD L. HARMON  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE
COUNSEL

DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.

A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.

DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 487(A) PC.

COURT ORDERS AND FINDINGS:

-OBEY ALL LAWS AND ORDERS OF THE COURT.

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

PRELIMINARY HEARING SETTING FOR 03-09-21 IN DEPARTMENT 120.

THE DEFENDANT DENIES ANY PRIOR AND SPECIAL ALLEGATIONS.

IF THIS CASE SHOULD BE HELD TO ANSWER, DEPARTMENT V WILL BE THE
ASSIGNED COURT.

PRE-PLEA REPORT IS ORDERED FOR 03-09-21

 MINUTE ORDER IS PREPARED BY A.GREEN

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

03/09/21   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT 120

DAY 00 OF 30

01/19/21 ARREST WARRANT IN THE AMOUNT OF $45,000.00   RECALLED. (01/19/21).

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 01/19/21 at 2300:

---

03/09/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   MONICA WILSON  (CLERK)
         SHERI ABRAHAM     (REP)   JEREMIAH G. LIVESAY  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

DEFENSE COUNSEL MAKES APPEARANCE BY TELEPHONE.
MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT

04/23/21   830 AM  PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
120

DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

04/23/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   MONICA WILSON   (CLERK)
         SHERI ABRAHAM       (REP)   RANNA JAHANSHAHI   (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

DEFENSE COUNSEL MAKES APPEARANCE ON WEBEX.
MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
 06/11/21   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
 120

DAY 00 OF 15

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

06/11/21 AT   830 AM   IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   LISA GILLARD   (CLERK)
         DIANNA D. GOMEZ       (REP)   RACHEL R. BOWERS   (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL APPEARING BY KATRIN PATATANYAN
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL APPEARING BY KATRIN PATATANYAN

DEFENSE COUNSEL APPEARS VIA WEBEX.

THE MATTER IS CONTINUED TO THE DATE AND TIME INDICATED BELOW FOR
PRELIMINARY HEARING SETTING, AS DAY 0 OF 15.

NUNC PRO TUNC LANGUAGE IS ISSUED IN ERROR.

COURT ORDERS AND FINDINGS:


-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
08/10/21   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
120

DAY 00 OF 15

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

08/10/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   MONICA WILSON  (CLERK)
         SHERI ABRAHAM       (REP)   ANASTASIA SAGORSKY  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

DEFENSE COUNSEL APPEARS ON WEBEX.
MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
10/04/21   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
120

DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

10/04/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   MONICA WILSON  (CLERK)
         SHERI ABRAHAM        (REP)  ANASTASIA SAGORSKY  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
 11/22/21   830 AM  PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
 120

DAY 00 OF 10


CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

11/22/21 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)   ARMAN KHODJASARIAN  (CLERK)
         JENNIFER HOLMES        (REP)  ANASTASIA SAGORSKY  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

THE MATTER IS CONTINUED TO THE DATE AND TIME INDICATED BELOW
FOR A PRELIMINARY HEARING SETTING AS DAY 0 OF 10.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
01/25/22   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
120

DAY 00 OF 10

---

01/25/22 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)  MONICA WILSON  (CLERK)
         JENNIFER HOLMES        (REP)  RACHEL BRAUER  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
03/04/22   830 AM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
120

DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

03/04/22 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 120

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: TERRANCE T. LEWIS (JUDGE)  MONICA WILSON  (CLERK)
         SHERI ABRAHAM        (REP)  INGA A. ORBELI  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

MATTER CONTINUED FOR PRELIMINARY HEARING SETTING TO DATE AND
TIME INDICATED BELOW.

CASE IS TRANSFERRED TO DEPARTMENT 107 FOR SETTLEMENT PROCEEDINGS
ON 4/18/22 AT 1:30 P.M.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

-THIS MATTER IS TRANSFERRED FOR CASE SETTLEMENT PROCEEDINGS.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

 UPON MOTION OF DEFENDANT
 04/18/22   130 PM   PRELIM SETTING/RESETTING    DIST VAN NUYS COURTHOUSE DEPT
 107

DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

04/18/22 AT  130 PM  IN VAN NUYS COURTHOUSE DEPT 107

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: DAVID HIZAMI (JUDGE)  ELIZABETH FUREDI  (CLERK)
         MARIAM YERZINKYAN         (REP)  STACEY SOLOMONS  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL

THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.

DEFENSE COUNSEL APPEARS ON BEHALF OF THE DEFENDANT PURSUANT TO
PENAL CODE SECTION 977(B).

MATTER CONTINUED TO 6/8/22 AT 1:30 P.M., IN DEPARTMENT 107
FOR POSSIBLE DISPOSITION/PRELIMINARY HEARING SETTING.

THE COURT ORDERS A NEW PRE-PLEA REPORT TO BE PREPARED BY THE
PROBATION DEPARTMENT AND COMPLETED BY THE NEXT COURT DATE.

COURT ORDERS AND FINDINGS:

—THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

06/08/22   130 PM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
107

DAY 00 OF 15

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

06/08/22 AT  130 PM  IN VAN NUYS COURTHOUSE DEPT 107

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: DAVID HIZAMI (JUDGE)  ELIZABETH FUREDI  (CLERK)
         MARIAM YERZINKYAN      (REP)  STACEY SOLOMONS  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL

THE COURT ORDERS PROBATION TO PREPARE A FIREARMS PROHIBITION AND
RELINQUISHMENT
 REPORT PURSUANT TO PENAL CODE SECTION 29810.

DEFENSE COUNSEL APPEARS ON BEHALF OF THE DEFENDANT PURSUANT TO
PENAL CODE SECTION 977(B).
.
THE COURT ORDERS THE PROBATION DEPARTMENT TO PREPARE A NEW
PRE-PLEA REPORT FOR THE NEXT COURT DATE.
.
MATTER CONTINUED TO 6/28/22 AT 1:30 P.M., IN DEPARTMENT 107.
.
DEFENDANT IS ORDERED TO PERSONALLY APPEAR.

COURT ORDERS AND FINDINGS:

—THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
06/28/22   130 PM   PRELIM SETTING/RESETTING   DIST VAN NUYS COURTHOUSE DEPT
107

DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

06/28/22 AT  130 PM  IN VAN NUYS COURTHOUSE DEPT 107

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: DAVID HIZAMI (JUDGE)  ARMAN KHODJASARIAN  (CLERK)
         MARIAM YERZINKYAN  (REP)     JODI Z. TAKSAR  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE
COUNSEL

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING
RIGHTS:

WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE
HEREIN

TRIAL BY COURT AND TRIAL BY JURY

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;


THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
EXPLICITLY

MADE;

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 487(A)
 PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

COURT ORDERS AND FINDINGS:

-TAHL WAIVER IS ORDERED FILED.

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT ACCEPTS PLEA.

THE COURT ORDERS THE DEFENDANT TO ABIDE BY THE FOLLOWING
TERMS AND CONDITIONS:

1) OBEY ALL LAWS.
2) PERFORM 45 DAYS OF COMMUNITY LABOR.
3) PAY RESTITUTION TO VICTIMS, ENGAGEMENT GUYS AND STEPHEN
   PARKHURST IN THE AMOUNT OF $176,200.

THE MATTER IS CONTINUED TO THE DATE AND TIME INDICATED BELOW FOR
PROGRESS.

PROBATION AND SENTENCING IN SET FOR 06/28/23 IN
DEPARTMENT 120.

CRUZ AND ARBUCKLE WAIVERS ARE TAKEN.

NEXT SCHEDULED EVENT:
10/19/22   830 AM   PROGRESS REPORT   DIST VAN NUYS COURTHOUSE DEPT 120

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT :


06/28/23   830 AM   PROBATION AND SENTENCE HEARING   DIST VAN NUYS
COURTHOUSE
DEPT 120

DAY 00 OF 20


ON 08/23/22 at 0900:

DEPARTMENT 120 CASES ARE TRANSFERRED TO DEPARTMENT 109 FOR ALL

PURPOSES.   ANY COURT DATES FOR DEPARTMENT 120 ARE REASSIGNED

TO DEPARTMENT 109.

NEXT SCHEDULED EVENT:

10/19/22  0830 AM PROGRESS REPORT DIST VAN NUYS COURTHOUSE   DEPT 109

NEXT SCHEDULED EVENT:

06/28/23  0830 AM PROBATION AND SENTENCE HEARING DIST VAN NUYS
COURTHOUSE   DEPT 109

---

10/19/22 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PROGRESS REPORT

PARTIES: NEETU S. BADHAN-SMITH (JUDGE)  TATEVIK MKITARYAN  (CLERK)
         ENEDINA GONZALES        (REP)  SPENCER ARTHUR SILNA  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ,
BY
FRED G. MINASSIAN PRIVATE COUNSEL

DEFENSE COUNSEL APPEARS TELEPHONICALLY VIA WEBEX THIS DATE.

THE MATTER IS CONTINUED TO 06/28/2023, AT 08:30 A.M., IN THIS
DEPARTMENT FOR PROBATION AND SENTENCING HEARING AS DAY 00 OF 20.

DEFENSE COUNSEL WAIVES TIME ON BEHALF OF THE DEFENDANT.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

---

06/28/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DAVID HIZAMI (JUDGE)  TATEVIK MKITARYAN  (CLERK)
         ENEDINA GONZALES        (REP)  ARIN D. FRIEDMAN  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN

PRIVATE COUNSEL APPEARING BY

DEFENDANT FAILS TO APPEAR IN COURT FOR PROBATION AND SENTENCING
HEARING.
.
THE COURT FINDS GOOD CAUSE TO ISSUE BENCH WARRANT IN THE AMOUNT
OF $50,000.00 (FIFTY THOUSAND DOLLARS) AND HELD UNTIL 07/06/2023,
AT 08:30 A.M., IN THIS DEPARTMENT.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
07/06/23   830 AM   BENCH WARRANT HOLD   DIST VAN NUYS COURTHOUSE DEPT 109

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

07/06/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR BENCH WARRANT HOLD

PARTIES: DAVID HIZAMI (JUDGE)  GABINA MALDONADO  (CLERK)
          PATRICIA WHITE        (REP)  JODI Z. TAKSAR  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE
COUNSEL

THE COURT ORDERS A PROBATION REPORT: ORIGINAL REFERRAL.

BENCH WARRANT IS RECALLED AND QUASHED.
.
THE DEFENDANT HAS NOT COMPLETED ANY OF THE COMMUNITY LABOR
AND HAS NOT PAID VICTIM RESTITUTION IN FULL.
.
THE DEFENDANT HAS PROVIDED A CHECK IN OPEN COURT IN THE AMOUNT
OF $66,000 TO COUNSEL FRED MINASSIAN, WHO WILL SEND A CHECK
FROM HIS TRUST FUND, TO VICTIM STEPHEN PARKHURST FROM
ENGAGEMENT GUYS.  COUNSEL WILL MAIL CHECK BY JULY 7, 2023
(AFTER $66,000 PAYMENT, BALANCE WILL BE $90,200).
.
THE DEFENDANT IS ADMONISHED TO PAY BALANCE OF THE VICTIM
RESTITUTION BY THE NEXT COURT DATE.


.
THE DEFENDANT IS ALSO ADMONISHED TO COMPLETE MINIMUM OF
6 DAYS OF COMMUNITY LABOR BY SEPTEMBER 7, 2023.
.
THE COURT ORDERS A PROBATION AND SENTENCING REPORT FOR
THE NEXT COURT DATE.

MATTER IS CONTINUED TO SEPTEMBER 7, 2023 AT 8:30 A.M. IN
DEPARTMENT 109 FOR PROBATION AND SENTENCE HEARING AS DAY
0 OF 20.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
09/07/23   830 AM   PROBATION AND SENTENCE HEARING   DIST VAN NUYS
COURTHOUSE
DEPT 109

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

09/07/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DAVID HIZAMI (JUDGE)   TATEVIK MKITARYAN  (CLERK)
         ENEDINA GONZALES       (REP)  JODI Z. TAKSAR  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE
COUNSEL

DEFENDANT HAS SUCCESSFULLY COMPLETED 6 DAYS OF COMMUNITY SERVICE
PROOF OF COMPLETION IS RECEIVED AND FILED THIS DATE.

DEFENDANT PROVIDES $30,200.00 VICTIM RESTITUTION PAYMENT.

OUTSTANDING BALANCE OF VICTIM RESTITUTION IS $59,800.00

THE MATTER IS CONTINUED TO 09/19/2023, AT 08:30 A.M., IN THIS
DEPARTMENT FOR PROBATION AND SENTENCING HEARING AS DAY 00 OF 20.

DEFENDANT WAIVES TIME FOR SENTENCING AND THE COUNSEL JOINS IN
THE TIME WAIVER.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
09/19/23   830 AM   PROBATION AND SENTENCE HEARING   DIST VAN NUYS
COURTHOUSE
DEPT 109

DAY 00 OF 20

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

09/19/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DAVID HIZAMI (JUDGE)  TATEVIK MKITARYAN  (CLERK)
         ENEDINA GONZALES        (REP)  JODI Z. TAKSAR  (DA)

THE DEFENDANT IS APPEARING VIA VIDEO, AND REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL

DEFENDANT HAS SUCCESSFULLY COMPLETED VICTIM RESTITUITON.
.
VICTIM RESTITUITON PAYMENT IN THE SUM OF $59,800.00 IS RECEIVED
AND PROVIDED TO THE VICTIM PRESENT IN COURT.
.
THE MATTER IS CONTINUED TO 10/03/2023, AT 08:30 A.M., IN THIS
DEPARTMENT FOR PROBATION AND SENTENCING HEARING AS DAY 00 OF 20.
.
DEFENDANT WAIVES TIME FOR SENTENCING AND THE COUNSEL JOINS IN
THE TIME WAIVER.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:

10/03/23   830 AM  PROBATION AND SENTENCE HEARING   DIST VAN NUYS
COURTHOUSE
DEPT 109

DAY 00 OF 20

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

---

10/03/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DAVID HIZAMI (JUDGE) TATEVIK MKITARYAN   (CLERK)
         ENEDINA GONZALES  (REP)     JODI Z. TAKSAR  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE COUNSEL

AS TO COUNT  (01):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON FORMAL PROBATION

FOR A PERIOD OF 002 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 001 DAYS IN LOS ANGELES COUNTY JAIL

FORTHWITH

PLUS $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)

$30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)

COMMITMENT ISSUED


PERFORM 45 DAYS OF COMMUNITY LABOR

THE COURT ORDERS PROBATION TO PREPARE A FIREARMS PROHIBITION AND RELINQUISHMENT
 REPORT PURSUANT TO PENAL CODE SECTION 29810.

TOTAL DUE: $70.00

IN ADDITION:

-THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION 1202.4(B) PENAL CODE IN THE AMOUNT OF $300.00

-DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF $ 300.00

-MAKE RESTITUTION TO VICTIM PURSUANT TO PC SECTION 1202.4(F)
.
VICTIM RESTITUTION IN THE SUM OF $176,200.00 PAID IN FULL TO THE VICTIM: STEPHEN PARKHURST.

-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  48 HOURS AFTER RELEASE FROM CUSTODY AT: 14414 DELANO ST, VAN NUYS PROBATION OFFICE.

-SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR REASONABLE SUSPICION.

-MAINTAIN RESIDENCE AS APPROVED BY THE PROBATION OFFICER.

-KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND HOME TELEPHONE NUMBERS AT ALL TIMES.

-SUPPORT DEPENDENTS AS DIRECTED BY THE PROBATION OFFICER.

COURT ORDERS AND FINDINGS:

-NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS, INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

-DEFENDANT IS INSTRUCTED BY THE COURT THAT HE/SHE IS PROHIBITED FROM OWNING, PURCHASING, RECEIVING, POSSESSING OR HAVING,UNDER HIS/HER CUSTODY OR CONTROL, ANY FIREARMS, AMMUNITION, AND AMMUNITION FEEDING DEVICES INCLUDING, BUT NOT LIMITED TO, MAGAZINES. DEFENDANT IS ORDERED TO RELINQUISH ALL FIREARMS IN THE MANNER PROVIDED IN PENAL CODE SECTION 29810.  DEFENDANT IS PROVIDED WITH A PROHIBITED PERSONS RELINQUISHMENT FORM.

-OBEY ALL LAWS AND ORDERS OF THE COURT.

-OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.

-PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT IDENTIFICATION.

-DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND DEFENDANT AGREES TO ABIDE BY SAME.

DEFENDANT'S ORAL MOTION TO REDUCE THE CHARGE TO MISDEMEANOR PURSUANT TO PENAL CODE SECTION 17(B) IS HEARD AND DENIED.
.
THE COURT READS AND CONSIDERS PROBATION OFFICER'S REPORT FILED THIS DATE.
.
ALL FINES AND FEES ARE TO BE PAID TO THE PROBATION DEPARTMENT INCLUDING COST OF PROBATION SERVICES.
.
DEFENDANT'S REQUEST FOR PERMISSION TO TRAVEL IS GRANTED.
.
DEFENDANT MAY TRAVEL ONLY FOR PERFORMANCES.
.
DEFENDANT ORDERED TO KEEP PROBATION OFFICER ADVISED OF ALL TRAVEL ARRANGEMENT INCLUDING ADDRESS, TELEPHONE NUMBER, AND FLIGHT INFORMATION

THE MATTER IS CONTINUED TO 10/17/2023, AT 08:30 A.M., IN THIS DEPARTMENT FOR PROHIBITED PERSONS RELINQUISHMENT FINDING.

(NON APPEARANCE HEARING).

COUNT (01): DISPOSITION: CONVICTED

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
10/17/23   830 AM  PPRF RPT - APPEARANCE   DIST VAN NUYS COURTHOUSE DEPT
109

CUSTODY STATUS: ON PROBATION/REMANDED

---

10/04/23 AT  130 PM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR ADVANCEMENT

PARTIES: DAVID HIZAMI (JUDGE)   TATEVIK MKITARYAN  (CLERK)
         DOMINICA HOTCHKISS       (REP)  JODI Z. TAKSAR  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY FRED G. MINASSIAN PRIVATE
COUNSEL APPEARING BY WEBEX

DEFENDANT'S REQUEST FOR PERMISSION TO TRAVEL IS GRANTED.
DEFENDANT MAY TRAVEL TO COUNTRY OF CANANDA OR OUT OF COUNTRY.

DEFENDANT ORDERED TO KEEP PROBATION OFFICER ADVISED OF ALL
TRAVEL ARRANGEMENT INCLUDING ADDRESS, TELEPHONE NUMBER,
FLIGHT INFORMATION, AND DURATION OF TRAVEL.

DEFENDANT TO REPORT TO THE PROBATION OFFICER AFTER ARRIVAL.

COURT ORDERS AND FINDINGS:

-ORIGINAL TERMS AND CONDITIONS OF PROBATION TO REMAIN IN FULL
FORCE AND EFFECT.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

---

ON 10/06/23 at 2330:

ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF JUSTICE

---

10/17/23 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 109

CASE CALLED FOR PPRF RPT - APPEARANCE

PARTIES: NEETU S. BADHAN-SMITH (JUDGE)  TATEVIK MKITARYAN  (CLERK)

      ENEDINA GONZALES    (REP)  JODI Z. TAKSAR  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY FRED G. MINASSIAN
PRIVATE COUNSEL

COURT ORDERS AND FINDINGS:

-COURT FINDS THAT THE DEFENDANT DOES NOT OWN, POSSESS, OR HAVE
UNDER HIS/HER CUSTODY OR CONTROL, FIREARMS THAT MUST BE
RELINQUISHED.

-THE COURT FINDS THAT THE DEFENDANT HAS FAILED TO COMPLETE THE
PROHIBITED PERSONS RELINQUISHMENT FORM AS REQUIRED PURSUANT TO
PENAL CODE SECTION 29810.

-"PROHIBITED PERSONS RELINQUISHMENT FORM FINDINGS" IS SIGNED BY
THE COURT AND FILED THIS DATE.


NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of 4 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.

Date: 3/19/25 By: N. Chernyak, Deputy

N. CHERNYAK