# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**JANICE ELEANOR TURNER and,**
**KISEAN PAUL ANDERSON**
**a/k/a Sean Kingston**

     Defendant.

_____/

## ORDER ON MOTION IN LIMINE

THIS CAUSE came before the Court on the United States' Motion in Limine to Allow Use of Prior Convictions of the Defendants for Impeachment [ECF No. 79].  Being fully advised, having reviewed the submissions of the parties and heard the arguments of counsel, and for the reasons stated on the record at the March 27, 2025, Jury Trial hearing, it is **ORDERED AND ADJUDGED** the motion is **GRANTED IN PART AND DENIED IN PART.**  In sum and substance, the Court ruled that the prior conviction of Defendant Turner would not be admissible to impeach her if she testified at trial.  Furthermore, the Court ruled that the prior conviction of Defendant Anderson would be admissible to impeach him if he testified at trial.

To the extent the Court made additional or more detailed rulings on the record at the date hearing that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on March 27, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record