UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
  a/k/a/ Sean Kingston

Defendants.
_____/

**UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST**

| ASSISTANT U.S. ATTORNEYS<br><br>Marc S. Anton<br>Trevor Jones | DEFENDANT'S ATTORNEYS<br><br>James Stark (Turner)<br>Robert Rosenblatt (Anderson) | | | |
|---|---|---|---|---|
| GOV. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
| | | | | ***Ariel Mateos (Expimled) (Count 5)*** |
| 1 | 3/25/25 | | yes | Sean Kingston Contact Card |
| 2 | 3/25/25 | | yes | Mama Kingston Contact Card |
| 3 | 3/25/25 | | yes | IG Chats with Sean Kingston |
| 4 | 3/25/25 | | yes | Text Messages with Sean |
| 5 | 3/25/25 | | yes | Text Messages with Mama Kingston |
| 6 | 3/25/25 | | yes | Expimled Invoice |
| 7 | 3/25/25 | | yes | Expimled Receipt Acknowledgement |
| 8 | 3/25/25 | | yes | Fake Novo Transaction Receipt |
| | | | | |
| | | | | ***Andrii Nikolenko (Count 6)*** |
| 9 | 3/25/25 | | yes | Sean Kingston Contact Card |
| 10 | 3/25/25 | | yes | Mamy Sean Kingston Contact Card |
| 11 | 3/25/25 | | yes | Instagram with seankingston |
| 12 | 3/25/25 | | yes | Text Messages with Sean |
| 12a | 3/25/25 | | yes | Audio Message from Texts with Sean |
| 12b | 3/25/25 | | yes | Audio Message from Texts with Sean |
| 12c | 3/25/25 | | yes | Audio Message from Texts with Sean |

| # | Date | | Yes | Description |
|---|---|---|---|---|
| 13 | 3/25/25 | | Yes | Text Messages with Mamy Sean Kingston |
| 14 | 3/25/25 | | Yes | Group Text Message with BK and M |
| 15 | 3/25/25 | | Yes | Invoice |
| 16 | 3/25/25 | | Yes | Fake Bank of America Transfer Confirmation |
| 17 | 3/25/25 | | Yes | Bank of America Screenshots |
| | | | | |
| | | | | ***Steve Young (Count 2)*** |
| 18 | | | | Sean Kingston Contact Card |
| 19 | | | | Sean Mother Contact Card |
| 20 | | | | Seankingston Instagram |
| 21 | | | | Text Messages with Sean Kingston |
| 22 | | | | Text Messages with Sean Mother |
| 23 | | | | Fake Wire Receipt Text |
| 24 | | | | Chase Bank Statement |
| | | | | |
| | | | | ***Moshe Edery (Mazel Jewelers) (Count 3)*** |
| 25 | 3/26/2025 | | Yes | Sean Kingston Contact Card |
| 26 | 3/26/2025 | | Yes | Janice Turner Contact Card |
| 27 | 3/26/2025 | | Yes | Seankingston Instagram |
| 28 | 3/26/2025 | | Yes | Text Messages with Sean |
| 28a | 3/26/2025 | | Yes | Audio Message from Texts with Sean |
| 28b | 3/26/2025 | | Yes | Audio Message from Texts with Sean |
| 28c | 3/26/2025 | | Yes | Audio Message from Texts with Sean |
| 28d | 3/26/2025 | | Yes | Text Messages with Janice Turner |
| 29 | 3/26/2025 | | Yes | Invoice |
| 30 | 3/26/2025 | | Yes | Fake Bank of America Wire Receipt |
| 31 | 3/26/2025 | | Yes | Chase Bank Statement |
| | | | | |
| | | | | ***Arnold Bush (Ocean Auto) (Count 4)*** |
| 32 | 3/25/25 | | Yes | Sean Kingston Contact Card |
| 33 | 3/25/25 | | Yes | Momma Kingston Contact Card |
| 34 | 3/25/25 | | Yes | Text Messages with Sean Kingston |
| 35 | 3/25/25 | | Yes | Text Messages with Momma Kingston |
| 36 | 3/25/25 | | Yes | IMessage with Republic ACH.pdf |
| 37 | 3/25/25 | | Yes | Fake First Republic Receipt |
| 38 | 3/25/25 | | Yes | Ocean Mazda Receipts |
| | | | | |
| | | | | ***Brad Jenkins*** |
| 39 | 3/26/25 | | Yes | Cellphone |
| 39A | 3/26/25 | | Yes | Thumbdrive containing Turner Phone Extraction (954-770-4578) |
| | | | | |
| | | | | ***Amanda Cook*** |

3

| | | | | |
|---|---|---|---|---|
| 40 | 3/26/25 | | Yes | AT&T Records |
| 41 | 3/26/25 | | Yes | 11/2021 Text Messages skkkkk and Mamakingston Bookings |
| 42 | 3/26/25 | | Yes | Seanking and Mamakingston Bookings Text Messages (Ocean Auto) |
| 43 | 3/26/25 | | Yes | Mamakingston Bookings and Mark Mosquera Text Messages (Ocean Auto) |
| 44 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Steve Young) |
| 45 | 3/26/25 | | Yes | Mamakingston Bookings and Mark Mosquera Text Messages (VerVer/Eximpled) |
| 46 | 3/26/25 | | Yes | Mamakingston Bookings and Mark Mosquera Text Messages (Mazel Jewelers) |
| 47 | 3/26/25 | | Yes | Mamakingston Bookings and Ryan Music Text Messages (Nikolenko) |
| 48 | 3/26/25 | | Yes | Mamakingston Bookings and Ryan Music Text Messages (2/6/2024 with Fake Bank of America Statements) |
| 49 | 3/26/25 | | Yes | Mamakingston Bookings and Ryan Music Text Messages (5/13/2024 with Fake Bank of America Statements) |
| 49A | 3/26/25 | | Yes | Mamakingston Bookings and Mark Mosquera Text Messages (6/1/2023) |
| 50 | 3/26/25 | | Yes | Bank of America Bank Statements Acct 2924 (10/1/23 – 3/31/24) |
| 51 | 3/26/25 | | Yes | Bank of America Bank Statements Acct 2431 (2/15/24 – 4/30/24) |
| 52 | 3/26/25 | | Yes | Additional Fake Receipts |
| 53 | 3/26/25 | | Yes | Zelle Transactions |
| 54 | 3/26/25 | | Yes | Turner Phone Extraction Contact List |
| 55 | 3/25/25 | | Yes | Stipulation |
| 56 | 3/27/25 | | Yes | Text Message Exchange |
| 58 | 3/27/25 | | | Demand Letter from Mazel Jewelers |

4