

**Mama Kingston**

último uso: Negocios

mensaje | llamar | FaceTime | correo

M  Foto y póster de contacto

teléfono 
(954) 770-4578

FaceTime   

Notas

Enviar mensaje

Compartir contacto



AC386-C
**GOVERNMENT EXHIBIT**
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 2