

Exhibit 4 - 0001



09:09

**Sean** ›

Leaving for Vegas

Can we do tonight ?

What time? May be I can make it

I'm here all night king

You tell me

Ok, i get off at 6:30 and I'm coming to see you. Send me your location

Ok bet

3325 NE 18th St
Fort Lauderdale, FL  33305

❤️

👍

jue, 14 sept, 20:42

Im here

Ok I'm coming

Asunto

iMessage

Exhibit 4 - 0002



Exhibit 4 - 0003



**09:12**

Sean ›

> Sean " Gold " Kingston!!! Good bless you men, you are going to have the best screen ever, an unique equipment. You will see! I'm exiting with your Proyect!

Wow !!!!!!!

I cannot wait

We're gonna go viral and shut the internet down I hope u ready lol 🔥🔥🙎

Watch how much new customers you get from doing this with me

Mark my words your life is gonna change after this

Watch and see my brother !... much love man I'll see u in a few days

> Can't wait! See you in a few days!

lun, 30 oct, 20:51

> Hi Sean! Hope your doing great.

Asunto

iMessage

Exhibit 4 - 0004



09:13

Sean

Thank u 🙏

vie, 3 nov, 13:13

Hi Sean, do you think that the transfer it's going to be made today?  Please let me now asap, thanks 🙏

sáb, 11 nov, 11:09

Hello Sean, we didn't receive the transfer. Is going to be hard installing before January if we don't be able to transfer to our providers before Monday. It's the busiest time of the year. They are with lot of work and have to manufacture for other projects to. We have  several a installations as well.

lun, 13 nov, 13:07

Hi Sean, I didn't receive the transfer, are you sure that it's done? Let me now, or send me the bank transfer receipt, so I can talk to the bank, thanks!

Asunto

iMessage

Exhibit 4 - 0005



Exhibit 4 - 0006



Exhibit 4 - 0007



Exhibit 4 - 0008



Exhibit 4 - 0009



09:16

Sean

sáb, 16 dic, 11:04
Se cambió el número a Principal

Need u there tomorrow to show me how to work everything

Yes, I will be there to show you how it works

Ok papa

See u tomorrow

See u, have a good trip

Ok my brother 🧡 💯 🙏🙏

dom, 17 dic, 13:51

Let me now what time are going to be at home

dom, 17 dic, 15:32

Start coming now king 🧡🧡

I'm on my way

Ok king

Asunto

iMessage

Exhibit 4 - 0010



09:16

Sean ›

**jue, 21 dic, 12:36**

Hi Sean, we didn't receive the transfer yet, when it's going to be done?

**vie, 22 dic, 12:47**

Hello Sean

Hope your well

**vie, 22 dic, 14:25**

Need the transfer done, please let me now when it's going to be done

**mar, 26 dic, 13:39**

Hi Sean, I haven't receive the

Asunto

iMessage

Exhibit 4 - 0011



Exhibit 4 - 0012



Exhibit 4 - 0013



Exhibit 4 - 0014



Exhibit 4 - 0015



**09:17**

98

Sean >

vie, 12 ene, 19:48

Sean

Any notice?

Yes brother she is working on it

It's a bank account issue

Not you

It's being handled relax Ariel

Please 🙏

I need a deadline Sean, almost a month that we have finished. You need to understand me

Tell me when please

Becouse I need to pay my manufacturer

And I told them  11 th

I need proof of the transfer, so I can pass forward to them, in order to wait.

Asunto

iMessage

Exhibit 4 - 0016



Exhibit 4 - 0017



Exhibit 4 - 0018



09:17
98
Sean
viernes, 15:24
Hello Sean, what's going on? The payment never happend... we need to make the first service, all the colossal TVs need a service at 30 days. Let me now if on Monday morning we can go to your house. We need this because of the warranty. But please let me now when we are going to have the payment complete. Beside this, we need to make the warranty service.
You friend never call back, let me now if he still interested in the 232"
viernes, 19:13
Hello
Are you there ?
Entregado
viernes, 20:34
Ok king calling u in a few
Se cambió el número a Negocios
Asunto
iMessage



17:01    4G 37

**Sean**

viernes, 19:13

Hello

Are you there ?

viernes, 20:34

Ok king calling u in a few

hoy, 12:30

Hello Sean, between 2 and 4 Roberto is going to be at your home. The check is for 47,000. He is going to make the service.

Ok

4 is best

All good king

Ok, I'll let you now your mama to that we are passing by at 4, see you

Entregado

Okay 👍

Asunto

iMessage

Exhibit 4 - 0020



**17:49**                                    4G 26

Sean ›

Okay 👍

hoy, 17:38

We were there and nobody was there

Bout cousin now emitting about the check

The screen was off  becouse the AV system was plugged of... we only turned it on... please be careful with the equipments, it's delicate...

Roberto is going to start near your house for the check

Let me now when you mama is at home

I told you that we will be there around for

Let me now, Roberto is near

And waiting for the payment

Entregado

Asunto

iMessage

Exhibit 4 - 0021



Exhibit 4 - 0022



Exhibit 4 - 0023



Exhibit 4 - 0024



Exhibit 4 - 0025



Exhibit 4 - 0026



Exhibit 4 - 0027



19:27

Sean

Let me now what time is good to pass by

I'm working it hard for h

You*^

Now

Please give me a bit time u will have and that's my word

U took time installing give me a bit more time come on man

You dont have word, but I do

I really do

And believe that I'm on this

You made wrong decision

I'm stop talking to you, I'll start talking to the world about who you really are. see you KING, let me now about that cash you told me, sure is on the way

Entregado

Asunto

iMessage

Exhibit 4 - 0028