



09:20

M

Mama Kingston

jue, 26 oct, 19:17

Hello Mrs Kingston, I'm Ariel from Colossal tv. The account number for the transfer is [redacted] Tomorrow we will be placing orders for supplies for another client, so it would be good to start Sean's order now in order to meet the deadlines. Thanks!

vie, 27 oct, 10:30

Good Morning Mrs Kingston, at the moment we didn't receive the transfer to our BofA account. Please let me now if there is any problem with the payment. Thanks

Good morning I didn't send wire as sean told me about this last night. Sorry we have to send over an invoice to Sean's business manager to approve funds.

I didn't now that. No problem, I'll send you the invoice for the initial payment as we agree in the contract.

Asunto

iMessage

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 5



09:20 90

M

Mama Kingston

pdf Invoice_21_2023-10-27.pdf
Documento PDF · 18 KB

If you prefer I can send you the invoice to an email to.

The invoice is for the total amount. You only need to transfer the initial payment of $30,000

So we can start asap the Proyect

Thank you

mié, 1 nov, 09:19

Good moornimg Mrs kingston,

Let my now wen you complete the transfer in order to start with the Proyect

Thanks and have a nice day

Good morning I'm moving today. Invoice was approved and wire will go out between 6-10 please let me know when you recieved. Thanks

Asunto

iMessage



Exhibit 5 - 0003



Exhibit 5 - 0004



Exhibit 5 - 0005



09:22

Mama Kingston

jue, 28 dic, 11:19

What is going on Mrs?

Sean is not answering my calls, nor you either... we have an agreement. I m very surprised with this attitude.

jue, 28 dic, 12:55

Hello all I'm in jamaica with little Wi-Fi. Sean is working and travelling from one country to the next , I return on Jan 2 and will keep you posted. Ach wire have been sent over a week now it's the holiday and it's telecom system

I only ask for a transfer receipt, send me that please, so I can send it to my suppliers, I'm looking bad with them

I the transfer it's done, you can send me the receipt, and I'll wait

jue, 28 dic, 14:23

Asunto

iMessage



09:22

Mama Kingston

Can you send wire information so I can check for your confirmation number

Números de cuenta y de ruta

**Número de cuenta** [redacted]

**Números de ruta**

Papel y electrónico [redacted]

Utilice el número de ruta para solicitar cheques, configurar depósitos directos y pagos salientes hacia otras instituciones financieras.

Transferencias por cable [redacted]

Utilice este número de ruta para todas las transferencias por cable entrantes.

vie, 29 dic, 19:05

Business manager will be In office on Tuesday and send confirmation and I'll forward to you asap

Also I'm back home

And tv out

The light went out and when came back it's out

Thanks for you message Mrs

Asunto

iMessage



Exhibit 5 - 0008



09:24
89
M
Mama Kingston
mar, 30 ene, 11:31
Mrs, we are at your house, someone open the gate but don't answer the door
Are you here?
Huh??? I'm out the country
Maybe worker
What's going on?
What's going on? That we are still waiting the payment, yesterday Sean told me that the payment is going to be done with a check, that you had the check, but you are not even in the countries... last night he told me again that today his cousin is going to give us the check, and again Nothing ...
I'm done
That's it
"I am suing you all, Sean is a scamer, and not a very smart one.
Asunto
iMessage



Exhibit 5 - 0010



Exhibit 5 - 0011