

**VER VER ENTERTAINMENT LLC**
**2000 PGA Blvd**
**Palm Beach Gardens, FL 33408**
**info@expimled.tv**
**+1 386 344 8426**

## RECEIPT ACKNOWLEDGEMENT

**Sean Kingston**
**4610 SW 178 Ave.**
**Fort Lauderdale, FL 3331**

The client Sean Kingston, have received the following product from EXPIMLED FL.

### Product Details

- 1-Microled Screen C 232" KONG,
- 1-PC AV Receiver Marantz SR 8015 11.2
- 5-Klipsch Speakers Sound System Dolby Atmos 5.1
- 2-Novastar VX600 – Colossal TV Box Sending
- 1-AV Furniture

I affirm that the product has been delivered in perfect condition, without any apparent damage, and has been tested and verified, confirming its proper functioning.

I declare, under my responsibility, that I have no claims, complaints, or dissatisfaction regarding the condition, installation or operation of the received product.

Customer's Signature: _____
Date: 12 / 17 / 2023

By signing this document, I acknowledge that I have received the product in the mentioned condition and have no observations or claims to make.
I appreciate the attention and service provided by Expimled FL



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   24-60126-CR-DSL

EXHIBIT NO.   7