



телефон недавние
+1 (213) 782-9622

FaceTime

Заметки

