



(954) 770-4578

FaceTime

Заметки

