18:58



< 🔵 seankingston ✓                🏷️

**seankingston** ✓
Instagram
Подписчики: 1,9 млн · Публикации: 137
Вы не подписаны друг на друга в Instagram

**Посмотреть профиль**

3 МАРТА, 02:21

Need this king can u bring it to me??

awesomeswiss_



+   Напишите сообщение...   🎤  🖼️  💬  😊



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO.  24-60126-CR-DSL
EXHIBIT NO.  11

Exhibit - 11 0001



Exhibit - 11 0002



18:59

seankingston ✔

3 МАРТА, 21:20

Form of payment?

I'm flying out of London in LA tomorrow and then to Miami

Вы ответили себе

Form of payment?

Bank transfer, cash, USDT???

Many thanks

Wire my brother

Biz manager will do it on spot

Many thanks

7 МАРТА, 10:03

Good day. Sorry, I was delayed in London. I'll be in Miami on Monday!

All good king

+ Напишите сообщение...

Exhibit - 11 0003



18:59

**seankingston** ✔

All good king

See u on Monday

You can come to my house correct ?

I have a mansion here in southwest rancges

I think yes

Think lol

▶ ⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿ 0:23

😉

Thank you so much King
❤️

Blessings man

Travel safe

Many thanks

Напишите сообщение…

Exhibit - 11 0004



18:59

seankingston ✔

Many thanks

See you ✌️

Hey

Also

Is this still in stock

Of course

Публикация недоступна
Эта публикация недоступна.

They are in my store in Dubai

Oh okay so u can't bring with u??

I can deliver without any problems

Wanted to see them both and choose

No King, they are not with me

Sorry

Напишите сообщение…

Exhibit - 11 0005



18:59

**seankingston** ✓

Sorry

Got you ... so you're only bringing Richard ?

Yes and Rolex as a gift for you
❤️

lol

Wow

Amazing man let's do it

Only for you King
❤️

Also I'm shootimg a music video with Justin Bieber as well so he might shop with u to

Your the best man thank you 🙏

Thank YOU KING
❤️

Напишите сообщение...

Exhibit - 11 0006



**19:00**

**seankingston** ✓

11 MAPTA, 14:51

Hi King. Box and documents for Mille are still on the way. Mile watch in LA, Rolex gift too

I was waiting yesterday, received a notification that it was still on the way

This logistics is driving me crazy

Sorry please King.

If you refuse the order, I will understand. But the gift (Rolex) is 100% yours, even if you don't buy Mile

Sorry King 🙏

11 MA.   17:24

Напишите сообщение...

Exhibit - 11 0007



19:01

seankingston ✓

100% yours, even if you don't buy Mile

Sorry King 🙏

11 МАРТА, 17:24

Brother I'm lost

So what day will u be here with mile ??

Bieber lands tomorrow I can push the shoot back a bit

King I'm waiting for information from the delivery guys.

They bring me a lot of goods, as well as documents and a box to Mile

They ruined all my plans

I hear what u are saying

But when do u think everything will come?????!

I think 2-3 days

Напишите сообщение...

Exhibit - 11 0008



19:01

seankingston ✔

I think 2-3 days

I'm waiting for information from them

I have the watch. I'm just waiting for the box and documents

▶ 0:59

▶ 0:28

King believe me, I know that you are a serious man

I'm not comfortable listening to voicemails. Write what we are doing

And I bed English. Sorry King

The watch is not bullshit. I only do serious things

I said I will push the shoot back in waiting for u

⌄

I had 3 different jewelers that been

＋    Напишите сообщение...

Exhibit - 11 0009

19:01

<  **seankingston**    



I said I will push the shoot back in waiting for u

I had 3 different jewelers that been calling back to back to sell me the same watch but I told them never mind cuz I'm getting it from u for 15k cheaper

> I can take the first flight

So please don't let me down

I am waiting on u my brother

See u in a few days

I will send my personal driver to get u from airport in 1 of my prestige cars and welcome u the right way

So please stay on this and let me know what day u will be arriving in Miami to meet me

> Of course King
> ❤️

 Thank you 🙏

 Напишите сообщение...      

Exhibit - 11 0010



19:02

‹  seankingston ✓

Bring what to me ???

So u only have the watch not the box and papers ?

Box and documents on the road from Dubai

I have a watch

Perfect that's fine

Bring tomorrow

Ok

Tell me the flight once u Book it king

You will give the money later when you receive the documents with the box

Of course King

🙏

Okay no problem !

＋  Напишите сообщение...

Exhibit - 11 0011



19:02

‹  seankingston ✓                              🏷

Okay no problem !

This watch is real though correct???

Please I don't want any issues man

> So that I die

Can't understand

> I'll die if they're not real

Lmao

I love u already man

> Sorry for my English King
> 😂

All good my brother see u tomorrow

I get it it's all good

Send me the flight and I'll see u
tomorrow brother

˅

> Of course. Few minutes

＋  Напишите сообщение...  🎤  🖼  💬  🙂

Exhibit - 11 0012



19:03

< 🔲 **seankingston** ✔️  🏷️

Of course. Few minutes

Okay brother 🙏 🖤

LA 9:34am - MIA 5:22pm DL0811

See you tomorrow King

Ok my brother

What airlines

Delta

Okay got it

My driver will be there

I can get there by taxi

3103306699

No problem King

∨

No it's okay I will send him

\+  Напишите сообщение…  🎤  🖼️  💬  🙂

Exhibit - 11 0013



19:03

‹  seankingston ✔

Many thanks King

Bless

See U tomorrow safe travels

Отредактировано

Send me your cell number as well so my driver and u can be in contact both ways

323-532-7624

Thank you so much King

Got it.. thank you as well brother 🙏

Напишите сообщение...

Exhibit - 11 0014



19:03

‹  seankingston ✓  🏷

🙏🙏🙏

16 МАРТА, 14:31

Hey Bro

The documents have arrived. The third watch will arrive on Monday.

We are waiting for money for Mile and AP 44mm. Then I'll immediately bring you AP gold and diamonds

Thanks King

☝️ 41mm

Not 44mm

+  Напишите сообщение...  🎤 🖼 💬 🙂

Exhibit - 11 0015



Exhibit - 11 0016



Exhibit - 11 0017



**19:03**

‹  seankingston ✓

Bro please tell me when I will receive the money on the invoice?

Many thanks

And tell me what we do with the third watch AP gold diamond 🔶

16 МАРТА, 23:17

Mile you picked it up on Tuesday.
Audemars Piguet 44mm on Thursday.
You made the payment through Wires on Thursday evening. Today is Saturday and still no money

17 МАРТА, 12:29

Напишите сообщение...

Exhibit - 11 0018

19:04

seankingston ✓

Everything's great my brother
❤️

Love u more

18 MAPTA, 09:17

Hey Big Brother! Your order arrives this evening. I still haven't received the money for the watches that you already took. You could call your bank and ask for the transfer fee.

If there are any problems with the translation, please solve it

Many thanks Bro 👑

🖤 🤝

Morning

How about this

Bring yellow and u can come on the bank with me

⌄

And we get cash together

Напишите сообщение...

Exhibit - 11 0019

19:04

 **seankingston** 

Bring yellow and u can come on the bank with me

And we get cash together

Cause an ACH wire takes up to 3 business days ask anybody

But u can meet me in Miami and we got to my bank together and I'll give u cash

I know Big Brother. You transferred the money last Thursday.

Yes and it's Monday

Say don't count king

Anyway I just told u

Come with me to my bank

We can do everything together

I'll pick up the gold watch today and send you a video

Okay my brother and I'll book ya

Напишите сообщение...

Exhibit - 11 0020



19:04

seankingston ✔

Come with me to my bank

We can do everything together

I'll pick up the gold watch today and send you a video

Okay my brother and I'll book ya flight

I'll pay for it this time

U come we got to Bank of America together and do it there with my banker

It's no problem Brother

Okay papa love u

Send me video when u have

Of course King 👑

Many thanks

No problem

Напишите сообщение...

Exhibit - 11 0021

19:05

< seankingston ✓

No problem

I think it's even better we do it in person so u can be right there in the bank with me seeing everything

Can't wait to see my dream watch man

❤️ 🙏 ❤️

And also I want u to sell this for me as well

I don't want anymore



I'll give to u wh∨ come

Напишите сообщение...

Exhibit - 11 0022



I'll give to u when u come

Bro it's $993,000. This is a lot of money.

Cash))

I don't know))

Yes papa u will do everything there in the bank

It's a lot for u not me

Thank god

Вы ответили

I'll look for them

Напишите сообщение...

Exhibit - 11 0023

19:05

 **seankingston** 

Вы ответили



I'll look for them

I told u I just closed a 3 million dollar deal

That's why I'm treating my self with these watches for investments as well

Okay 👋

No I have this watch

I just wanna give it To u

So u can sell it for me

I'm tired of it

Ok. We'll contact you soon

Ok papa hit me soon  as u get my

➕  Напишите сообщение...    

Exhibit - 11 0024



**19:05**

< 〈 seankingston ✓

Ok. We'll contact you soon ❤️

Ok papa hit me soon  as u get my dream watch today lol 😂❤️❤️❤️ I can't wait my bro

👌 👍 ❤️

Soon as u get in your hand take a video ... then give me your info full name and date of birth and I'm gonna book u a first class flight tonight leaving LA to meet me

And u well handle everything in them he bank tomorrow so u can see with your own eyes king

Many thanks Bro ❤️

I got u for life man

18 M.  ⌄  14:05

Напишите сообщение...

Exhibit - 11 0025



**19:05**

< seankingston ✓

I get a for life man

18 MARTA, 14:05

Big Brother the bank did not see the transfer. You paid on Thursday, March 14th. Today is Monday March 18th. The money should already be in my account, but it is not.

King I gave you two very expensive watches on your word of honor (Mile $342,600 and Audemar Piquet $365,000). Got a great discount. Gave your mom a Rolex as a gift for $23,000.

I just don't understand what's going on? Also, another watch you ordered is arriving today.

And what to do next?

Wow

So now you don't trust me

I told u if its an issue on my end

My partners don't believe me.

I will fly u out

And give u cash in the bank with me

+ Напишите сообщение...

Exhibit - 11 0026

19:05

seankingston ✔

I told u if its an issue on my end

My partners don't believe me.

I will fly u out

And give u cash in the bank with me

Like come on man I don't like when
People try to call me out when it's
still early

Like fuck bro it's been couple days

I told u

Come to Miami with yellow watch

And we do everything in cash

Ok Brother

Ice said this to this morning and
thought we were on the same page

I will try my best
❤️

+ Напишите сообщение...

Exhibit - 11 0027



**19:05**

**seankingston** ✓

Come to Miami with yellow watch

And we do everything in cash

> Ok Brother

Ice said this to this morning and thought we were on the same page

> I will try my best
> ❤️

I will not let u down I promise

> Many thanks Bro. I know
>
> As soon as I pick up the watch I will contact you 🤝

Ok king no problem !

I'm waiting on you

🙏 🙏 👐

18 Мая   18:43

Напишите сообщение...

Exhibit - 11 0028



19:06

seankingston ✓

🙏 🙏 👐

18 МАРТА, 18:43

Hey I start worrying about the whole thing
The watch you're having now and still not paid for belongs to a big client of mine and a big celeb @pugachevmark
He doesn't like the situation and he knows you haven't paid yet and he's devastated because it's been 10 days. He's my boy and a respected man . We need to resolve this asap before it turns ugly

Brother u never said nothing about him till now

So come on bro

I understand though

Let's handle these first then we'll move on

Why I need to disclose it I don't see

Напишите сообщение...

Exhibit - 11 0029

19:06

  **seankingston** 

I understand though

 Let's handle these first then we'll move on

> Why I need to disclose it I don't see a reason why
> It's confidential and I carry many watches of my good clients
> But it's getting out of hand never dealt with anything like this
> He's been asking for his watches or money I not going to lie about it so I told him what's going on
> You have many people in common and he lives in miami I don't want this to be a problem

Brother again you told me these was your watches and I have proof of that... no one was including in this deal.. I even offered to let u speak to my bank or go in there with me, but instead u said you trust me so it wasn't needed

U have my biz manager Ryan number tomorrow we clear it all up

Now that we are ꞈ .ng this way I'll get on it first thing in the morning

 Напишите сообщение...    

Exhibit - 11 0030

19:06



  **seankingston** 

number tomorrow we clear it all up

Now that we are going this way I'll get on it first thing in the morning brother

> I never said it was mine
> We had the contract with him it's like a consignment for a car / house . None of that information should be disclosed
> I'm a retailer and whole seller not 100% of inventory belongs to me
> He holds the docs for Richard Mille and the second set of cards  for the AP
> I don't want any issues reports any all of that . Have to solve it asap watches back AP and Mille or money . No bs . Otherwise it will get really ugly man ...

Brother how are you coming at me like this I have your messages u said it was no pressure

 So relax brother this will get handled

20 M. ⌄ )8:42

 Напишите сообщение...    

Exhibit - 11 0031

19:06

 **seankingston** 

> This is the deal
> You need to return the watches today by the end of the day .
> Or tomorrow morning Mark and I will file several police reports, he's got connection with feds too. Also he'll make it big in his IG and news. He's not going to let it go
> He warned you yesterday

20 MAPTA, 12:11

> You handle it simple today by 6pm you meet with him and you return the owner Richard Mille and AP watches
> Stop dreaming that he'll let it go .
> I'm flying down to Mia tonight
> If he doesn't get the watches back by this evening
> Tomorrow it will be a different situation with cops , feds and media involved he'll make it huge
> He's got all ownership proofs and the conversations . This time for 600.000 jewelry grand theft won't be looking good for you with with all his connections

⌄

25 MAPTA, 21:52

+ Напишите сообщение...    

Exhibit - 11 0032

19:06 

  **seankingston** ✓  

Love u bro

 Trust and believe

27 МАРТА, 17:10

So I just spoke to mark im stepping out of this . It's his watch and his property i tried to calm him down but didn't work . He doesn't want me to deal with you anymore. All further communication contact him directly via IG you already spoke to him. The whole thing is really fucked up and not right. He's beyond devastated and he's the one who'll handle it from now on. So talk to him . He exclusively wants to handle it through cops and Feds

He gave you an opportunity to return his watch few times but you didn't . Now I'm in the middle and I already ducked the relationship with him because you're dishonest and provided fake receipt of the wire

СБ 18:54

Вы упомяну ︿ ﹀ nkingston в своей истории

╋  Напишите сообщение...

Exhibit - 11 0033