

19:33

Mamy Sean Kingston

iMessage
Чт, 14 марта, 18:15

Andrii Nikolenko
Wires █████
████████
Bank of America

Чт, 14 марта, 19:42

**pdf**  **FILE_1499.pdf**
PDF-документ · 948 КБ

Thank you so much Mama. You are a wonderful woman 🙏🙏🙏

🖤🖤🖤

🙏🖤🖤🖤

Good night

Thank you so much. Good night Madam 🙏

Пт, 15 марта, 14:04

Hey brother

+ 🎤

AO386-C
GOVERNMENT
EXHIBIT

CASE NO. 24-60126-CR-DSL

EXHIBIT NO. 13

Exhibit 13 - 0001



**19:34**

**Mamy Sean Kingston**

Hey brother

Good day Kings mamy

Внесены изменения

Please don't worry about bank I just go off the phone with them it was an ACH wire so it takes 2 to business days ask anyone.

1 ответ

So look son

I need you

Please don't worry about bank I just go off the phone with them it was an ACH wire so it takes 2 to business days ask anyone.

No problem

Sean has this big video shoot for his comeback single with justin beiber, the AP watch he just told me about I was gonna get for him from 2 different jewelers ...

He said u will have for couple days

iMessage

Exhibit 13 - 0002



19:34

**Mamy Sean Kingston** ›

I worked on other watches in the morning. They will be delivered on Monday

Please bring that watch and Birken to the shoot and I will settle with you

Sean and I love u and have your back for life

Don't u worry my sin will bring u lots of business

I sent the receipt to my partner and he redeemed them. But if I don't sell them next week he will sell them in Dubai

No

Sean wants it

So I will handle just bring to us as Soon as u can

Don't worry Madam

We love u like our own blood and will never betray you

Exhibit 13 - 0003



19:34

Mamy Sean Kingston

We love u like our own blood and
will never betray you

Thank you my other son see in a
few days :)

> And I will never betray you

❤️ 👏

We're on the same page

GOD bless You

> Many thanks madam

> Please check when the money will
> be credited in my account.

> 'Cause I'll get in trouble

Will call and send u tex

> Thank you so much

Brother it's gonna be days though
cuz it's an ACH wire ... even if
worst case I'll just order the cash
and pay u cash

+ Message

Exhibit 13 - 0004