

Sean Kingston

Mother please contact my brother now he says his people on his end said a lot about the transfer

Can u please contact him when u can please

Thank you 🙏

