

| | 18:04 |  5G  | |
|---|---|---|---|
|  | Adv SafeBa...king - 0489 |   | |

TRN:XXXXXXXXXX329977 SEQ:XXXXXXXXXX521780/003 123 ORIG:ANDRII NIKOLENKO ID:AEXXXXXXXXXX0470 SND BK:W ELLS FARGO NY INTL ID:XXXXX5092 PMT DET:OWN FUNDS TRANSF/RFB/OWN FUNDS TRANSFER /ORDERRES/ AE//FIS/

| Feb 28, 2024 | -$126.65 |
|---|---|
| Online Banking payment to CRD 9872 Confirmation# XXXXX80729 | $246,950.53 |

| Feb 26, 2024 | -$400.00 |
|---|---|
| Online Banking payment to CRD 9872 Confirmation# XXXXX54742 | $247,077.18 |

| Feb 26, 2024 | $115,000.00 |
|---|---|
| Online Banking transfer from CHK 9701 Confirmation# XXXXX47343 | $247,477.18 |

| Feb 20, 2024 | -$340.00 |
|---|---|
| Online Banking payment to CRD 9872 Confirmation# XXXXX46921 | $132,477.18 |

| Feb 20, 2024 | -$150.00 |
|---|---|
| Zelle payment to Georgiy Barber LA for "Thank you Bro"; Conf# ps59zag1r | $132,817.18 |

| Feb 15, 2024 | -$2,329.68 |
|---|---|
| Online Banking payment to CRD | $132,967.18 |

Exhibit 17 - 0001

18:04

**Adv SafeBa...king - 0489**

XXXXX48818

| Mar 11, 2024 | -$3,000.00 |
| Online Banking payment to CRD 9872 Confirmation# XXXXX76894 | $260,740.04 |

| Mar 11, 2024 | -$695.00 |
| Zelle payment to Olga English Teacher LA for "Nestor and Edhar"; Conf# xx3uqd6w3 | $263,740.04 |

| Mar 8, 2024 | -$175.00 |
| Zelle payment to Rent Office Hilla Group for "P"; Conf# t39xicg4o | $264,435.04 |

| Mar 6, 2024 | -$2,339.00 |
| BANK OF AMERICA VEHICLE LOAN Bill Payment | $264,610.04 |

| Mar 4, 2024 | $0.00 |
| Preferred Rewards-Wire Fee Waiver of $15 | $266,949.04 |

| Mar 4, 2024 | -$1.49 |
| eBay ComEPNNJHIQ DES:PAYMENTS ID:19MNA1MTICGNN2K INDN:Andrii Nikolenko CO ID:XXXXX98000 WEB | $266,949.04 |

| Mar 4, 2024 | $20,000.00 |
| WIRE TYPE:WIRE IN DATE: 240304 TIME:0742 ET TRN:XXXXXXXXXX329977 SEQ:XXXXXXXXX521780/003 | $266,950.53 |

Exhibit 17 - 0002

18:04

Adv SafeBa...king - 0489

| Date | Description | Amount | Balance |
|---|---|---|---|
| Apr 1, 2024 | Zelle payment to Georgiy Barber LA Conf# ukqzj657u | -$500.00 | $255,552.09 |
| Mar 25, 2024 | Online Banking payment to CRD 9872 Confirmation# XXXXX05998 | -$746.80 | $256,052.09 |
| Mar 25, 2024 | Online Banking payment to CRD 9872 Confirmation# XXXXX49759 | -$1,800.00 | $256,798.89 |
| Mar 25, 2024 | Zelle payment to CORINA BOSTAN Conf# smb9mfx9i | -$500.00 | $258,598.89 |
| Mar 25, 2024 | Zelle payment to Jylia Miami Conf# ui1ywhazc | -$1,000.00 | $259,098.89 |
| Mar 25, 2024 | Zelle payment from CROCUS GROUP LLC Conf# 99adg37s0 | $500.00 | $260,098.89 |
| Mar 22, 2024 | Online Banking payment to CRD 9872 Confirmation# XXXXX48818 | -$1,141.15 | $259,598.89 |
| Mar 11, 2024 | Online Banking payment to CRD 9872 Confirmation# XXXXX76894 | -$3,000.00 | $260,740.04 |

Exhibit 17 - 0003