

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 30, 2023 through October 31, 2023
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00567807 DRE 802 219 30523 NNNNNNNNNNN 1 000000000 64 0000
MAZAL JEWELERS INC
4860 SW 37TH TER
FORT LAUDERDALE FL 33312-8244

## CHECKING SUMMARY   Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,113.49 |
| Deposits and Additions | 15 | 222,978.09 |
| ATM & Debit Card Withdrawals | 86 | -2,673.53 |
| Electronic Withdrawals | 8 | -223,462.55 |
| Fees | 1 | -30.00 |
| **Ending Balance** | **110** | **$925.50** |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 31

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Card Purchase Return   10/04 Amazon.Com Amzn.Com/Bill WA Card 3423 | $2.66 |
| 10/06 | Card Purchase Return   10/05 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 11.76 |
| 10/10 | Card Purchase Return   10/06 Lowes #00754* Oakland Park FL Card 3423 | 2.87 |
| 10/10 | Card Purchase Return   10/10 Amazon.Com Amzn.Com/Bill WA Card 3423 | 2.66 |
| 10/11 | Card Purchase Return   10/10 Amazon.Com Amzn.Com/Bill WA Card 3423 | 2.66 |
| 10/11 | Orig CO Name:Venmo       Orig ID:5264681992 Desc Date:231010 CO Entry Descr:Cashout  Sec:PPD   Trace#:091000013248264 Eed:231011  Ind ID: Ind Name:Moshe Edery Trn: 2843248264Tc | 1,000.00 |
| 10/13 | Card Purchase Return   10/12 Sp Dyper Shop Dyper.Com AZ Card 3423 | 12.84 |
| 10/13 | Card Purchase Return   10/13 Amz*Woot LLC Pay.Amazon.CO WA Card 3423 | 10.70 |
| 10/16 | Card Purchase Return   10/15 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 106.99 |
| 10/16 | Chips Credit Via: Bank of America, N.A./0959 B/O: Ais Fine Watches LLC Atlanta, GA, 30303, US Ref: Nbnf=Mazal Jewelers Inc Fort Lauderdale FL 33312-8244 US/Ac-0000000086 32 Org=/334062051339 Atlanta, GA, 3 0303, US Ogb=Bank of America, N.A. New York NY US Obi=/Uri/Ap 15407St Ss Pf6255U Bbi=/Chgs/USD0,/ Ssn: 0444052 Trn: 1042880289Fc | 125,500.00 |
| 10/23 | Card Purchase Return   10/22 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 9.04 |
| 10/23 | Remote Online Deposit         1 | 4,285.00 |
| 10/24 | Deposit    2065332053 | 50,000.00 |
| 10/24 | Deposit    2068829853 | 42,000.00 |
| 10/30 | Card Purchase Return   10/28 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 30.91 |
| **Total Deposits and Additions** | | **$222,978.09** |

# CHASE

September 30, 2023 through October 31, 2023

Account Number:

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/02 | Card Purchase | 09/29 Ibi*Fabkids.Com 855-3225437 CA Card 3423 | $51.36 |
| 10/02 | Card Purchase | 09/29 Dd *Nothingbundt 855-431-0459 CA Card 3423 | 8.50 |
| 10/02 | Card Purchase | 09/29 Dunkin #350543 248-363-4580 FL Card 3423 | 8.27 |
| 10/02 | Card Purchase | 09/29 Macys .Com Mason OH Card 3423 | 6.41 |
| 10/03 | Card Purchase | 10/02 Amazon.Com*T12MT3Rm1 Amzn.Com/Bill WA Card 3423 | 5.87 |
| 10/03 | Card Purchase | 10/01 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 60.06 |
| 10/04 | Card Purchase | 10/02 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 41.01 |
| 10/04 | Card Purchase | 10/03 Amazon.Com*T99V49Qt0 Amzn.Com/Bill WA Card 3423 | 5.32 |
| 10/04 | Card Purchase | 10/03 Amazon.Com*Te6Mu1Cc2 Amzn.Com/Bill WA Card 3423 | 4.25 |
| 10/04 | Card Purchase | 10/03 Www Costco Com 800-955-2292 WA Card 3423 | 117.98 |
| 10/04 | Card Purchase | 10/04 Amazon.Com*T96Ps0N11 Amzn.Com/Bill WA Card 3423 | 7.74 |
| 10/04 | Card Purchase | 10/04 Amazon.Com*T95V96Np1 Amzn.Com/Bill WA Card 3423 | 7.74 |
| 10/05 | Card Purchase | 10/04 Tst* Sushi Addicts Hollywood FL Card 3423 | 74.90 |
| 10/05 | Card Purchase | 10/05 Amazon.Com*T92Qg8171 Amzn.Com/Bill WA Card 3423 | 4.10 |
| 10/05 | Card Purchase | 10/05 Amzn Mktp US*T97K34I Amzn.Com/Bill WA Card 3423 | 10.69 |
| 10/06 | Card Purchase | 10/05 Target 000148 Fort Lauderda FL Card 3423 | 45.91 |
| 10/10 | Card Purchase | 10/05 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 62.20 |
| 10/10 | Card Purchase | 10/06 Amazon.Com*Te6057Zs0 Amzn.Com/Bill WA Card 3423 | 2.66 |
| 10/10 | Card Purchase | 10/06 Amzn Mktp US*Te03M3Z Amzn.Com/Bill WA Card 3423 | 10.70 |
| 10/10 | Card Purchase | 10/07 Amazon.Com*T948O36C1 Amzn.Com/Bill WA Card 3423 | 2.52 |
| 10/10 | Card Purchase | 10/08 Jeremiahs - Cooper City Hollywood FL Card 3423 | 9.61 |
| 10/10 | Card Purchase | 10/09 Amazon.Com*Te9A72880 Amzn.Com/Bill WA Card 3423 | 2.66 |
| 10/10 | Recurring Card Purchase 10/10 Xfinity Mobile 888-936-4968 PA Card 3423 | | 23.39 |
| 10/11 | Card Purchase | 10/10 Amz*Woot LLC Support@Woot. TX Card 3423 | 9.63 |
| 10/11 | Card Purchase | 10/10 Amazon.Com*Te0G053O1 Amzn.Com/Bill WA Card 3423 | 2.66 |
| 10/12 | Card Purchase | 10/10 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 50.19 |
| 10/12 | Card Purchase | 10/11 Amzn Mktp US*Tp6U39C Amzn.Com/Bill WA Card 3423 | 11.76 |
| 10/12 | Card Purchase | 10/12 Amzn Mktp US*Te3Zx8V Amzn.Com/Bill WA Card 3423 | 10.70 |
| 10/12 | Card Purchase | 10/12 Amzn Mktp US*Tp0Jx34 Amzn.Com/Bill WA Card 3423 | 106.99 |
| 10/12 | Card Purchase | 10/12 Sp Dyper Shop Dyper.Com AZ Card 3423 | 12.84 |
| 10/13 | Card Purchase | 10/11 Hummus Vegas & Grill Hollywood FL Card 3423 | 31.15 |
| 10/13 | Card Purchase | 10/12 Amz*Woot LLC Support@Woot. TX Card 3423 | 10.70 |
| 10/16 | Card Purchase | 10/14 Amzn Mktp US*Te6Oe99 Amzn.Com/Bill WA Card 3423 | 11.12 |
| 10/16 | Card Purchase | 10/13 Sp Iconic London Inc US.Iconiclond NY Card 3423 | 5.35 |
| 10/16 | Card Purchase | 10/15 Amzn Mktp US*Tp3Hg8S Amzn.Com/Bill WA Card 3423 | 32.73 |
| 10/16 | Card Purchase | 10/15 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 12.73 |
| 10/17 | Card Purchase | 10/15 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 45.67 |
| 10/17 | Card Purchase | 10/17 Amazon.Com*Tp8Qc60B1 Amzn.Com/Bill WA Card 3423 | 13.40 |
| 10/17 | Card Purchase | 10/16 Amzn Mktp US*Tp8Zx0A Amzn.Com/Bill WA Card 3423 | 25.35 |
| 10/18 | Card Purchase | 10/18 Amazon.Com*TD8J75Ni0 Amzn.Com/Bill WA Card 3423 | 1.07 |
| 10/18 | Card Purchase | 10/17 Amazon.Com*Tp7Vf9242 Amzn.Com/Bill WA Card 3423 | 3.63 |
| 10/18 | Card Purchase | 10/18 Amazon.Com*Tp1Tr95Q1 Amzn.Com/Bill WA Card 3423 | 35.42 |
| 10/18 | Card Purchase | 10/17 Tst* Sushi Addicts Hollywood FL Card 3423 | 74.90 |
| 10/20 | Card Purchase | 10/18 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 35.23 |
| 10/20 | Card Purchase | 10/20 Amzn Mktp US*Hq4Jg1L Amzn.Com/Bill WA Card 3423 | 12.60 |
| 10/20 | Card Purchase | 10/19 Amzn Mktp US*TD5Z09Z Amzn.Com/Bill WA Card 3423 | 1.62 |
| 10/23 | Card Purchase | 10/19 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 50.14 |
| 10/23 | Card Purchase | 10/20 Publix #715 FT Lauderdale FL Card 3423 | 20.29 |
| 10/23 | Card Purchase | 10/20 Publix #1606 Davie FL Card 3423 | 64.52 |
| 10/23 | Card Purchase | 10/20 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 12.73 |

**CHASE**

September 30, 2023 through October 31, 2023
Account Number:

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 10/23 | Card Purchase | 10/22 Amzn Mktp US*TD26P0Z Amzn.Com/Bill WA Card 3423 | 2.10 |
| 10/23 | Card Purchase | 10/22 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 9.48 |
| 10/23 | Card Purchase | 10/22 Target 000148 Fort Lauderda FL Card 3423 | 16.02 |
| 10/23 | Card Purchase | 10/22 Target 000202 Fort Lauderda FL Card 3423 | 52.94 |
| 10/23 | Card Purchase | 10/22 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 10.69 |
| 10/23 | Card Purchase | 10/22 Wal-Mart #1845 Cooper City FL Card 3423 | 57.60 |
| 10/24 | Card Purchase | 10/24 Amazon.Com*975Bt44C3 Amzn.Com/Bill WA Card 3423 | 1.59 |
| 10/24 | Card Purchase | 10/24 Amazon.Com*6N2N94Xl3 Amzn.Com/Bill WA Card 3423 | 8.46 |
| 10/24 | Card Purchase | 10/23 Bloomingdales Aventu 800-289-6229 FL Card 3423 | 87.74 |
| 10/24 | Card Purchase | 10/23 Bloomingdales Aventu 800-289-6229 FL Card 3423 | 83.46 |
| 10/24 | Card Purchase | 10/23 Dunkin #331899 Q35 954-252-1373 FL Card 3423 | 3.41 |
| 10/24 | Card Purchase | 10/24 Amzn Mktp US*E94Qb38 Amzn.Com/Bill WA Card 3423 | 4.01 |
| 10/24 | Card Purchase | 10/24 Amazon.Com*PO1Jy5L03 Amzn.Com/Bill WA Card 3423 | 10.13 |
| 10/24 | Card Purchase | 10/24 Amazon.Com*Jd0Ng36B3 Amzn.Com/Bill WA Card 3423 | 2.38 |
| 10/25 | Card Purchase | 10/23 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 25.28 |
| 10/25 | Card Purchase | 10/23 Hummus Vegas & Grill Hollywood FL Card 3423 | 56.73 |
| 10/25 | Card Purchase | 10/25 Amzn Mktp US*I37Y81Q Amzn.Com/Bill WA Card 3423 | 7.70 |
| 10/25 | Card Purchase | 10/24 Nic*-FL Sunbiz.Org Egov.Com FL Card 3423 | 750.00 |
| 10/26 | Card Purchase | 10/24 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 58.67 |
| 10/26 | Card Purchase | 10/26 Amzn Mktp US*Lf8Ue84 Amzn.Com/Bill WA Card 3423 | 0.52 |
| 10/26 | Card Purchase | 10/25 Amzn Mktp US*T58Ab1C Amzn.Com/Bill WA Card 3423 | 20.85 |
| 10/26 | Card Purchase | 10/26 Amzn Mktp US*Gl2Ld9Y Amzn.Com/Bill WA Card 3423 | 30.91 |
| 10/26 | Card Purchase | 10/25 Fedex940882541855 Collierville TN Card 3423 | 5.35 |
| 10/26 | Card Purchase With Pin 10/26 Aldi 77066 Cooper City FL Card 3423 | | 2.13 |
| 10/27 | Card Purchase | 10/25 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 37.03 |
| 10/30 | Card Purchase | 10/26 Overture Promotions 888-236-1433 IL Card 3423 | 3.21 |
| 10/30 | Card Purchase | 10/26 Overture Promotions 888-236-1433 IL Card 3423 | 0.54 |
| 10/30 | Card Purchase | 10/26 Overture Promotions 888-236-1433 IL Card 3423 | 1.93 |
| 10/30 | Card Purchase | 10/26 Overture Promotions 888-236-1433 IL Card 3423 | 0.49 |
| 10/30 | Card Purchase | 10/26 Overture Promotions 888-236-1433 IL Card 3423 | 0.13 |
| 10/30 | Card Purchase | 10/27 Amzn Mktp US*Pl0Bp7E Amzn.Com/Bill WA Card 3423 | 3.75 |
| 10/30 | Card Purchase | 10/27 Publix #1606 Davie FL Card 3423 | 12.83 |
| 10/30 | Card Purchase | 10/30 Amazon.Com*0W7Kn73D3 Amzn.Com/Bill WA Card 3423 | 15.24 |
| 10/30 | Card Purchase | 10/30 Amzn Mktp US*1Z1Vz0A Amzn.Com/Bill WA Card 3423 | 0.65 |
| 10/30 | Card Purchase | 10/30 Amzn Mktp US*T58U11W Amzn.Com/Bill WA Card 3423 | 1.07 |
| 10/31 | Card Purchase | 10/31 Amazon.Com*L35Ka3Re3 Amzn.Com/Bill WA Card 3423 | 9.54 |
| **Total ATM & Debit Card Withdrawals** | | | **$2,673.53** |

## ATM & DEBIT CARD SUMMARY

Moshe Yaacov Edery Card 3423

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,673.53 |
| Total Card Deposits & Credits | $193.09 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,673.53 |
| Total Card Deposits & Credits | $193.09 |



September 30, 2023 through October 31, 2023

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Zelle Payment To Mcm Realty Jpm99A33Scy0 | $110.00 |
| 10/16 | 10/16 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jz Associates LLC Hollywood FL 33021 US Ref: Ap 15407St/Time/15:15 Imad: 1016Mmqfmp2M027885 Trn: 3589343289Es | 50,000.00 |
| 10/17 | 10/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jz Associates LLC Hollywood FL 33021 US Ref: Ap 15407St/Time/09:29 Imad: 1017Mmqfmp2M008890 Trn: 3166223290Es | 50,000.00 |
| 10/17 | 10/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jz Associates LLC Hollywood FL 33021 US Ref: Ap 15407St/Time/16:52 Imad: 1017Mmqfmp2M024444 Trn: 3503653290Es | 23,000.00 |
| 10/20 | Orig CO Name:Kmf          Orig ID:9200704262 Desc Date:231019 CO Entry Descr:Kmfusa.Comsec:PPD   Trace#:091000014586995 Eed:231020   Ind ID: Ind Name:Moshe Edery Trn: 2934586995Tc | 352.55 |
| 10/24 | 10/24 Online Domestic Wire Transfer Via: Bk Comrce SD/122235821 A/C: Mark And Lauren Mintz Los Angeles CA 90071 US Imad: 1024Mmqfmp2M021521 Trn: 3418303297Es | 62,689.00 |
| 10/25 | 10/25 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Mark Mintz Fbo Kayla Mintz St. Louis MO 63103 US Ref: Further Credit: Account Number 19554502 College America Mark Mintz Own Er Fbo Kayla Mintz/Bnf/Further Cred It: Account Number19554502 College America Mark Min Tz Owner Fbo Kayla Mintz/Tim Imad: 1025Mmqfmp2L002019 Trn: 3043033 | 24,311.00 |
| 10/27 | 10/27 Online Transfer To Chk ...9292 Transaction#: 18839874553 | 13,000.00 |
| **Total Electronic Withdrawals** | | **$223,462.55** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Service Charges For The Month of September | $30.00 |
| **Total Fees** | | **$30.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $8,297.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/02 | $4,008.95 | 10/12 | 4,217.48 | 10/24 | 39,250.14 |
| 10/03 | 3,943.02 | 10/13 | 4,199.17 | 10/25 | 14,099.43 |
| 10/04 | 3,758.98 | 10/16 | 79,744.23 | 10/26 | 13,981.00 |
| 10/05 | 3,561.95 | 10/17 | 6,659.81 | 10/27 | 943.97 |
| 10/06 | 3,527.80 | 10/18 | 6,544.79 | 10/30 | 935.04 |
| 10/10 | 3,419.59 | 10/20 | 6,142.79 | 10/31 | 925.50 |
| 10/11 | 4,409.96 | 10/23 | 10,140.32 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $75.00 |
| **Total Service Charges** | **$105.00**  Will be assessed on 11/1/23 |



September 30, 2023 through October 31, 2023
Account Number:

## SERVICE CHARGE SUMMARY *(continued)*

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 92 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Total Transactions** | **97** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT 000000863255862** | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 97 | 0 | 97 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| Other Fees | | | | | |
| Electronic Items Deposited | 3 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 2 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 94 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 5 | 2 | 3 | $25.00 | $75.00 |
| Domestic Incoming Wire Fee | 1 | 0 | 1 | $0.00 | $0.00 |
| **Total Service Charge (Will be assessed on 11/1/23)** | | | | | **$105.00** |
| **ACCOUNT 000000863255862** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Items Deposited | 3 | | | | |
| Electronic Credits | 2 | | | | |
| Non-Electronic Transactions | 94 | | | | |
| Online Domestic Wire Fee | 5 | | | | |
| Domestic Incoming Wire Fee | 1 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



September 30, 2023 through October 31, 2023
Account Number:

This Page Intentionally Left Blank

Page 6 of 6

Exhibit 31 - 0006

**CHASE** 
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2023 through November 30, 2023
Account Number:

### CUSTOMER SERVICE INFORMATION

| Web site: | www.Chase.com |
|---|---|
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00564265 DRE 802 219 33523 NNNNNNNNNN  1 000000000 64 0000
MAZAL JEWELERS INC
4860 SW 37TH TER
FORT LAUDERDALE FL: 33312-8244



## CHECKING SUMMARY   Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $925.50 |
| Deposits and Additions | 15 | 17,925.71 |
| ATM & Debit Card Withdrawals | 116 | -1,728.70 |
| Electronic Withdrawals | 6 | -8,099.19 |
| Fees | 1 | -105.00 |
| Ending Balance | 138 | $8,918.32 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/01 | Card Purchase Return | 10/31 Overture Promotions Waukegan IL Card 3423 | $1.93 |
| 11/01 | Card Purchase Return | 10/31 Overture Promotions Waukegan IL Card 3423 | 0.54 |
| 11/01 | Card Purchase Return | 10/31 Overture Promotions Waukegan IL Card 3423 | 0.49 |
| 11/01 | Card Purchase Return | 10/31 Overture Promotions Waukegan IL Card 3423 | 0.13 |
| 11/06 | Card Purchase Return | 11/05 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 25.35 |
| 11/07 | Orig CO Name:Paypal   Orig ID:Paypalsd11 Desc Date:231106 CO Entry Descr:Transfer Sec:PPD  Trace#:091000017355182 Eed:231107  Ind ID: Ind Name:Moshe Edery Tm: 3117355182Tc | | 4,850.50 |
| 11/20 | Online Transfer From Chk ...9292 Transaction#: 19060959978 | | 13,000.00 |
| 11/24 | Card Purchase Return | 11/23 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/24 | Card Purchase Return | 11/24 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/24 | Card Purchase Return | 11/24 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/27 | Card Purchase Return | 11/26 Amazon Grocery Amzn.Com/Bill WA Card 3423 | 3.32 |
| 11/28 | Card Purchase Return | 11/26 Macys  .Com Mason OH Card 3423 | 4.28 |
| 11/28 | Card Purchase Return | 11/28 Amzn Mktp US Amzn.Com/Bill WA Card 3423 | 2.89 |
| 11/29 | Card Purchase Return | 11/29 Walmart.Com 800-966-6546 AR Card 3423 | 3.21 |
| 11/30 | Card Purchase Return | 11/29 Sp Redbarn.Com Httpsredbarns CA Card 3423 | 1.00 |
| **Total Deposits and Additions** | | | **$17,925.71** |



November 01, 2023 through November 30, 2023
Account Number:

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 11/01 | Card Purchase | 11/01 Amzn Mktp US*Yk0Ol7Q Amzn.Com/Bill WA Card 3423 | $7.05 |
| 11/02 | Card Purchase | 11/02 Amzn Mktp US*741Aj47 Amzn.Com/Bill WA Card 3423 | 3.76 |
| 11/06 | Card Purchase | 11/02 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 54.32 |
| 11/06 | Card Purchase | 11/04 Jeremiahs - Cooper City Hollywood FL Card 3423 | 6.93 |
| 11/06 | Card Purchase | 11/05 Target 000148 Fort Lauderda FL Card 3423 | 25.12 |
| 11/07 | Card Purchase | 11/05 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 49.46 |
| 11/07 | Card Purchase | 11/07 Fye.Com 518-4521242 NY Card 3423 | 12.94 |
| 11/09 | Recurring Card Purchase 11/09 Xfinity Mobile 888-936-4968 PA Card 3423 | | 23.50 |
| 11/13 | Card Purchase | 11/10 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 58.03 |
| 11/14 | Card Purchase With Pin 11/14 Costco Whse #0091 Davie FL Card 3423 | | 8.55 |
| 11/16 | Card Purchase | 11/15 Amazon.Com*A28Ps4Jb3 Amzn.Com/Bill WA Card 3423 | 6.07 |
| 11/16 | Card Purchase | 11/15 Amzn Mktp US*WY4Yl8A Amzn.Com/Bill WA Card 3423 | 5.34 |
| 11/16 | Card Purchase | 11/15 Amazon.Com*8O7ls7Dk3 Amzn.Com/Bill WA Card 3423 | 3.61 |
| 11/16 | Card Purchase | 11/15 Wm Supercenter #1845 954-680-7810 FL Card 3423 | 94.25 |
| 11/16 | Card Purchase With Pin 11/16 Aldi 77066 Cooper City FL Card 3423 | | 10.17 |
| 11/16 | Card Purchase With Pin 11/16 Aldi 77066 Cooper City FL Card 3423 | | 16.82 |
| 11/16 | Card Purchase With Pin 11/16 Aldi 77068 Dania Beach FL Card 3423 | | 24.58 |
| 11/16 | Card Purchase With Pin 11/16 Aldi 77027 Plantation FL Card 3423 | | 69.50 |
| 11/16 | Card Purchase With Pin 11/16 Aldi 77027 Plantation FL Card 3423 | | 12.62 |
| 11/16 | Card Purchase With Pin 11/16 Wm Supercenter #2987 Davie FL Card 3423 | | 10.65 |
| 11/17 | Card Purchase | 11/15 Parkreceipts.Com T 844-445-0485 TX Card 3423 | 11.92 |
| 11/17 | Card Purchase | 11/17 Amzn Mktp US*Iq5Tt7I Amzn.Com/Bill WA Card 3423 | 19.99 |
| 11/17 | Card Purchase | 11/17 Amzn Mktp US*Vo6Zl5Y Amzn.Com/Bill WA Card 3423 | 19.99 |
| 11/17 | Card Purchase | 11/16 Publix #715 FT Lauderdale FL Card 3423 | 11.48 |
| 11/20 | Card Purchase | 11/17 Amzn Mktp US*O52159S Amzn.Com/Bill WA Card 3423 | 19.99 |
| 11/20 | Card Purchase | 11/16 Professional Parking M 954-8225658 FL Card 3423 | 4.83 |
| 11/20 | Card Purchase | 11/16 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 53.97 |
| 11/20 | Card Purchase | 11/18 Amazon.Com*F26Zd8Wp3 Amzn.Com/Bill WA Card 3423 | 0.50 |
| 11/20 | Card Purchase | 11/17 Sp Kiss USA Www.Kissusa.C NY Card 3423 | 18.27 |
| 11/20 | Card Purchase | 11/18 Shell Oil 57543608608 Sunrise FL Card 3423 | 9.00 |
| 11/20 | Card Purchase | 11/20 Ulta.Com 866-983-8582 IL Card 3423 | 30.16 |
| 11/20 | Card Purchase | 11/20 Amzn Mktp US*C55Pj9L Amzn.Com/Bill WA Card 3423 | 3.00 |
| 11/20 | Card Purchase | 11/20 Amzn Mktp US*K74Wf4X Amzn.Com/Bill WA Card 3423 | 3.00 |
| 11/20 | Card Purchase | 11/19 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 3.74 |
| 11/20 | Card Purchase With Pin 11/19 Marshalls #0407 801 S Plantation FL Card 3423 | | 84.47 |
| 11/20 | Card Purchase With Pin 11/20 Wm Supercenter #1845 Cooper City FL Card 3423 | | 16.18 |
| 11/21 | Card Purchase | 11/21 Amzn Mktp US*Oj67l47 Amzn.Com/Bill WA Card 3423 | 8.02 |
| 11/21 | Card Purchase | 11/20 Dunkin #352946 248-363-4580 FL Card 3423 | 1.70 |
| 11/21 | Card Purchase | 11/20 Dunkin #352946 248-363-4580 FL Card 3423 | 1.70 |
| 11/21 | Card Purchase | 11/21 Temu.Com 130-248-0611 MA Card 3423 | 11.66 |
| 11/21 | Card Purchase | 11/21 Temu.Com 130-248-0611 MA Card 3423 | 10.32 |
| 11/21 | Card Purchase With Pin 11/21 Marshalls #0399 500 Pembroke Pine FL Card 3423 | | 29.96 |
| 11/21 | Card Purchase With Pin 11/21 Five Below 6134 5161 S Hollywood FL Card 3423 | | 12.31 |
| 11/22 | Card Purchase | 11/21 Bennyseduca 402-935-7733 NJ Card 3423 | 15.96 |
| 11/22 | Card Purchase | 11/21 Bed Bath & Beyond 800-843-2446 UT Card 3423 | 8.49 |
| 11/22 | Card Purchase | 11/21 Amazon.Com*Ty87L1Lf2 Amzn.Com/Bill WA Card 3423 | 9.56 |
| 11/22 | Card Purchase | 11/21 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 5.62 |
| 11/22 | Card Purchase | 11/22 Ic* Costco By Instacar 888-2467822 CA Card 3423 | 44.40 |
| 11/22 | Card Purchase | 11/22 Amazon.Com*Is0B54Kz3 Amzn.Com/Bill WA Card 3423 | 0.98 |
| 11/22 | Card Purchase | 11/22 Amzn Mktp US*Rc81K1O Amzn.Com/Bill WA Card 3423 | 23.99 |

Exhibit 31 - 0008

# CHASE ◯

November 01, 2023 through November 30, 2023
Account Number:

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/22 | Card Purchase | 11/22 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/22 | Card Purchase | 11/22 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/22 | Card Purchase | 11/22 Sp Vessi Footwear Httpsvessi.CO De Card 3423 | 10.69 |
| 11/24 | Card Purchase | 11/22 Macys .Com 800-289-6229 OH Card 3423 | 34.23 |
| 11/24 | Card Purchase | 11/23 Walgreens #4569 954-316-6641 FL Card 3423 | 20.06 |
| 11/24 | Card Purchase | 11/22 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 47.53 |
| 11/24 | Card Purchase | 11/22 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 12.57 |
| 11/24 | Card Purchase | 11/23 Amazon.Com*4136T1123 Amzn.Com/Bill WA Card 3423 | 2.49 |
| 11/24 | Card Purchase | 11/22 Wal-Mart #1845 Cooper City FL Card 3423 | 57.32 |
| 11/24 | Card Purchase | 11/22 Publix #1301 Cooper City FL Card 3423 | 36.66 |
| 11/24 | Card Purchase | 11/24 Amazon.Com*Jx1H97Iq3 Amzn.Com/Bill WA Card 3423 | 0.98 |
| 11/24 | Card Purchase | 11/24 Amazon.Com*O24Mf4Vq3 Amzn.Com/Bill WA Card 3423 | 0.98 |
| 11/24 | Card Purchase | 11/23 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 6.96 |
| 11/24 | Card Purchase | 11/24 Sp Wonderskin USA Httpswondersk NJ Card 3423 | 1.33 |
| 11/24 | Card Purchase With Pin | 11/24 Wm Supercenter #1845 Cooper City FL Card 3423 | 35.13 |
| 11/27 | Card Purchase | 11/24 Walmart.Com 800-966-6546 AR Card 3423 | 5.51 |
| 11/27 | Card Purchase | 11/24 Amazon Groce*Af8Hy05 Amzn.Com/Bill WA Card 3423 | 23.83 |
| 11/27 | Card Purchase | 11/25 Amazon.Com*BB22N6Fc3 Amzn.Com/Bill WA Card 3423 | 0.98 |
| 11/27 | Card Purchase | 11/25 Amazon.Com*7D3M378F3 Amzn.Com/Bill WA Card 3423 | 0.98 |
| 11/27 | Card Purchase | 11/24 Starbucks 800-782-728 800-782-7282 WA Card 3423 | 6.96 |
| 11/27 | Card Purchase | 11/24 Publix #820 Hollywood FL Card 3423 | 2.69 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*M00Mp1Hs3 Amzn.Com/Bill WA Card 3423 | 0.30 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Bg63O3Hy3 Amzn.Com/Bill WA Card 3423 | 2.34 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*N02Pb2Mw3 Amzn.Com/Bill WA Card 3423 | 0.70 |
| 11/27 | Card Purchase | 11/26 Target    000202 Fort Lauderda FL Card 3423 | 25.67 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Z22C25Aj3 Amzn.Com/Bill WA Card 3423 | 1.56 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*426Wc2Yk3 Amzn.Com/Bill WA Card 3423 | 0.75 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*1X34E03N3 Amzn.Com/Bill WA Card 3423 | 3.20 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*4F8Qv8Z83 Amzn.Com/Bill WA Card 3423 | 0.41 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*3T09494X3 Amzn.Com/Bill WA Card 3423 | 0.96 |
| 11/27 | Card Purchase | 11/26 Target    000148 Fort Lauderda FL Card 3423 | 20.02 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*H45P46Tr3 Amzn.Com/Bill WA Card 3423 | 1.23 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Ad8Ev9Si3 Amzn.Com/Bill WA Card 3423 | 0.40 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Gn3Vx2Bl3 Amzn.Com/Bill WA Card 3423 | 1.05 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*9J6Li5Uf3 Amzn.Com/Bill WA Card 3423 | 1.06 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*9W5Ea7S83 Amzn.Com/Bill WA Card 3423 | 0.42 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Ul2H64Tc3 Amzn.Com/Bill WA Card 3423 | 0.73 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Os72H8163 Amzn.Com/Bill WA Card 3423 | 1.16 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*V86Ck03O3 Amzn.Com/Bill WA Card 3423 | 0.01 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Pb95703X3 Amzn.Com/Bill WA Card 3423 | 0.25 |
| 11/27 | Card Purchase | 11/27 Amazon.Com*Dw8We6TN3 Amzn.Com/Bill WA Card 3423 | 3.86 |
| 11/27 | Card Purchase With Pin | 11/27 Carter's #390 5131 She Hollywood FL Card 3423 | 6.05 |
| 11/28 | Card Purchase | 11/28 Amazon.Com*Cx5J24Yc3 Amzn.Com/Bill WA Card 3423 | 0.39 |
| 11/28 | Card Purchase | 11/26 Racetrac 2613 000261 Fort Lauderda FL Card 3423 | 35.14 |
| 11/28 | Card Purchase | 11/28 Walmart.Com 800-966-6546 AR Card 3423 | 29.41 |
| 11/28 | Card Purchase | 11/28 Walmart.Com 800-966-6546 AR Card 3423 | 25.88 |
| 11/28 | Card Purchase | 11/28 Walmart.Com 800-966-6546 AR Card 3423 | 20.81 |
| 11/28 | Card Purchase | 11/28 Amazon.Com*3S69Z5413 Amzn.Com/Bill WA Card 3423 | 2.13 |
| 11/28 | Card Purchase | 11/27 Wal-Mart #3348 Lake Park FL Card 3423 | 50.15 |
| 11/28 | Card Purchase | 11/27 Wm Supercenter #3858 800-925-6278 FL Card 3423 | 6.19 |
| 11/28 | Card Purchase | 11/28 Sp Redbarn.Com Httpsredbarns CA Card 3423 | 1.00 |

# CHASE

November 01, 2023 through November 30, 2023
Account Number:

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/28 | Card Purchase | 11/28 Sp St Shaketea Httpsshaketea CA Card 3423 | 4.96 |
| 11/28 | Card Purchase | 11/28 Sp Kiss USA Www.Kissusa.C NY Card 3423 | 6.99 |
| 11/28 | Card Purchase With Pin | 11/28 Aldi 77035 Boca Raton FL Card 3423 | 13.90 |
| 11/29 | Card Purchase | 11/28 Amzn Mktp US*Dq3Ws0C Amzn.Com/Bill WA Card 3423 | 15.24 |
| 11/29 | Card Purchase | 11/29 Amazon.Com*Gb1Qj2Jj3 Amzn.Com/Bill WA Card 3423 | 1.06 |
| 11/29 | Card Purchase | 11/29 Amazon.Com*Vp54W2Lf3 Amzn.Com/Bill WA Card 3423 | 2.44 |
| 11/29 | Card Purchase | 11/28 Walmart.Com 800-966-6546 AR Card 3423 | 6.42 |
| 11/29 | Card Purchase | 11/28 Amazon.Com*F74Rw6Dp3 Amzn.Com/Bill WA Card 3423 | 8.87 |
| 11/30 | Card Purchase | 11/30 Amazon.Com*9R5Zh2IV3 Amzn.Com/Bill WA Card 3423 | 1.92 |
| 11/30 | Card Purchase | 11/29 Party City 825 Hialeah Garde FL Card 3423 | 25.35 |
| 11/30 | Card Purchase | 11/30 Amazon.Com*Yd3Im9CO3 Amzn.Com/Bill WA Card 3423 | 2.17 |
| 11/30 | Card Purchase With Pin | 11/30 Aldi 77066 Cooper City FL Card 3423 | 27.04 |
| 11/30 | Card Purchase With Pin | 11/30 Dollar Tree 5810 S Uni Davie FL Card 3423 | 13.91 |
| 11/30 | Card Purchase With Pin | 11/30 Hobbylobb 1750 S. Bear Dania Beach FL Card 3423 | 16.01 |
| 11/30 | Card Purchase With Pin | 11/30 Dollartree 2620 Grif Fort Lauderda FL Card 3423 | 11.50 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,728.70** |

## ATM & DEBIT CARD SUMMARY

Moshe Yaacov Edery  Card 3423

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,728.70 |
| Total Card Deposits & Credits | $75.21 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,728.70 |
| Total Card Deposits & Credits | $75.21 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | Zelle Payment To Mcm Realty Jpm99A4M52Q8 | $110.00 |
| 11/09 | 11/09 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Daytona Ventures LLC Beverly Hills CA 90212 US Ref: 116505 Daytona Sundust Diamond/Time/08:12 Imad: 1109Mmqfmp2L008563 Trn: 3127823313Es | 4,500.00 |
| 11/20 | Orig CO Name:Kmf       Orig ID:9200704262 Desc Date:231119 CO Entry Descr:Kmfusa.Comsec:PPD    Trace#:091000016103050 Eed:231120   Ind ID: Ind Name:Moshe Edery Trn: 3246103050Tc | 352.55 |
| 11/20 | 11/20 Online Transfer To Chk ...8898 Transaction#: 19060988818 | 2,500.00 |
| 11/27 | Zelle Payment To M Edery Jpm99A5Klamc | 581.64 |
| 11/28 | Zelle Payment To Mcm Realty Jpm99A5NC7Zg | 55.00 |
| **Total Electronic Withdrawals** | | **$8,099.19** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Service Charges For The Month of October | $105.00 |
| **Total Fees** | | **$105.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $4,109.00.



November 01, 2023 thr                3
Account Number:

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | $816.54 | 11/14 | 839.78 | 11/24 | 9,982.22 |
| 11/02 | 812.78 | 11/16 | 586.17 | 11/27 | 9,290.82 |
| 11/06 | 641.76 | 11/17 | 522.79 | 11/28 | 9,046.04 |
| 11/07 | 5,429.86 | 11/20 | 10,423.13 | 11/29 | 9,015.22 |
| 11/09 | 906.36 | 11/21 | 10,347.46 | 11/30 | 8,918.32 |
| 11/13 | 848.33 | 11/22 | 10,206.39 | | |



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$30.00** Will be assessed on 12/1/23 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 118 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Total Transactions** | **119** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT 000000863255862** | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 119 | 0 | 119 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 118 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 1 | 2 | 0 | $25.00 | $0.00 |
| **Total Service Charge (Will be assessed on 12/1/23)** | | | | | **$30.00** |
| **ACCOUNT 000000863255862** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Credits | 1 | | | | |
| Non-Electronic Transactions | 118 | | | | |
| Online Domestic Wire Fee | 1 | | | | |

Page 5 of 6

Exhibit 31 - 0011



November 01, 2023 through November 30, 2023
Account Number:

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---