

Exhibit 34 - 0001



Exhibit 34 - 0002



Exhibit 34 - 0003



Exhibit 34 - 0004



**Sean Kingston**
Wed, Nov 22 at 6:36 PM

> If you have a moment, call me I have news

Wed, Nov 22 at 7:42 PM

Brother !!!!!!

> I got to the approval with your uncle with 50 K down. I need him to sign the doc you sign and run the card for another 30 K all that money will be given back to you when the ACH hits so this is just temporary.

Ronald is gonna sign documents send to his email on file that we gave you earlier..
My card can only do 10 thousand more today cuz I'm gonna use my personal acct since the biz one is blocked up... from the times we kept running it... u guys have a ACH on the way !!!!! 1000% and Ronald info for the finance.. so I don't see what's the rush rush we def gonna resolve this so please respect our time a bit please 🙏

Amazing

Only can do 10k for today maybe 15 max

Then we can do the rest right after thanksgiving

Exhibit 34 - 0005



Exhibit 34 - 0006



**Sean Kingston**

> We can't get the approval done without the $50k that's what the bank is REQUIRING. It's not us, it's Ally bank. That's the only way we got it done. Remember that it was initially declined and your mom said to try with a larger down payment.

> REMEMBER THIS IS TEMPORARY UNTIL THE ACH HITS. once it goes thru, you'll get it refunded

> Your mom can call and unlock the card because we never received the other money. Only the $20k

She's on it as we speak

> Ok. I am here waiting on everything. Let me know when done so we can all enjoy our Thanksgiving

> The payment link was sent to the email

> It can be split into different cards as well

> Let me know when we are ready to go so we can send the email to Ronald Lindo

Exhibit 34 - 0007



Exhibit 34 - 0008



Exhibit 34 - 0009



Exhibit 34 - 0010