

Exhibit 35 - 0001



Exhibit 35 - 0002



Exhibit 35 - 0003



Exhibit 35 - 0004



**Momma Kingston**

She's on it as we speak

> Ok. I am here waiting on everything. Let me know when done so we can all enjoy our Thanksgiving

Wed, Nov 29 at 10:28 PM

I remember this tex. It's before you spoke to shara and both tex and told her you will need 30k for the finance to go through? So why we cannot finish the finance since now it's clear it's not a cash deal .. we sign application. Left deposit ., have monthly payment amount. Insure truck ... so why are you still forcing cash sale ??? You ran a hard credit?

Just saw tex. Took meds have a bad flu   Sorry took time to respond

Thu, Nov 30 at 11:03 AM

> We aren't doing anything different than what was spoken about from the beginning that it was an ach and a Courtesy contract on the meantime with $50k down. But this was always a cash deal and we don't want to go into the legal battle of sending false wire / ACH documentation. Bad for Public perception.

Thu, Nov 30 at 12:43 PM

What? I just send over contract that was sign to our lawyer. Wire that was

Exhibit 35 - 0005



Exhibit 35 - 0006



Exhibit 35 - 0007