1:19

◂ Phone

+1 (863) 303-7836

REPUBLIC ACH.pdf

Report Junk



GOVERNMENT
EXHIBIT

CASE NO. 24-60126-CR-DSL

EXHIBIT NO. 36