

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 24-60126 CR-DSL

EXHIBIT NO. 39A