```
3948434
06/22/2024
```


## WIRELESS SUBSCRIBER INFORMATION

### Financial Liable Party

| | |
|---|---|
| Name: | KISEAN ANDERSON |
| Credit Address: | ▮▮▮ ▮▮▮▮▮▮▮▮, LOS ANGELES, CA 90046 |

| | | | |
|---|---|---|---|
| Customer Since: | 07/06/2009 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | ▮▮▮▮▮ | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (954) 770-4578 | Contact Work Phone: | (323) 217-5470 |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Billing Party

| | | | |
|---|---|---|---|
| Account Number: | ▮▮▮▮▮▮ | | |
| Name: | KISEAN ANDERSON | | |
| Billing Address: | ▮▮▮▮▮▮▮▮▮▮, LOS ANGELES, CA 90046 | | |
| Account Status: | Active | Billing Cycle: | 8 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (954) 770-4578 | IMSI: | 310280129527667 |
| MSISDN Active: | 02/25/2012 - Current | | |
| Name: | KISEAN ANDERSON | | |
| User Address: | ▮▮▮▮▮▮▮▮▮▮, LOS ANGELES, CA 90046 | | |
| Service Start Date: | 02/25/2012 | Dealer Info: | HN5YD HN5YD HN5YD |
| Payment Type: | Postpaid | | |
| Contact Name: | KISEAN ANDERSON | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| Non Payment - Automatic | 01/17/2024 |
| NON PAY CACS-T SUSPEND | 01/17/2024 |
| Non Payment - Automatic | 08/07/2023 |
| NON PAY CACS-T SUSPEND | 08/07/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.

Page 1 of 1



Exhibit 40 - 0001

3948434
06/22/2024



# WIRELESS
## SUBSCRIBER INFORMATION

### Financial Liable Party

| | |
|---|---|
| Name: | KISEAN ANDERSON |
| Credit Address: | ▇▇▇, LOS ANGELES, CA 90046 |

| | | | |
|---|---|---|---|
| Customer Since: | 07/06/2009 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | ▇▇▇ | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (954) 770-4578 | Contact Work Phone: | (323) 217-5470 |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Billing Party

| | |
|---|---|
| Account Number: | ▇▇▇ |
| Name: | KISEAN ANDERSON |
| Billing Address: | ▇▇▇, LOS ANGELES, CA 90046 |
| Account Status: | Active |
| Billing Cycle: | 8 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (863) 303-7836 | IMSI: | 310280122052148 |
| MSISDN Active: | 11/08/2023 - Current | | |
| Name: | WIRELESS CALLER | | |
| User Address: | ▇▇▇, LOS ANGELES, CA 90046 | | |
| Service Start Date: | 11/08/2023 | Dealer Info: | L63A2 L63A2 L63A2 |
| Payment Type: | Postpaid | | |
| Contact Name: | WIRELESS CALLER | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| NON PAY CACS-T SUSPEND | 01/17/2024 |
| Non Payment - Automatic | 01/17/2024 |
| CTN Activation | 11/08/2023 |
| Contract Acceptance Required | 11/08/2023 |
| Contract Accepted | 11/08/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and
is not for general distribution.

Page 1 of 1

Exhibit 40 - 0002

3948434
06/22/2024



## WIRELESS SUBSCRIBER INFORMATION

### Financial Liable Party

| | |
|---|---|
| Name: | KISEAN ANDERSON |
| Credit Address: | [redacted], LOS ANGELES, CA 90046 |

| | | | |
|---|---|---|---|
| Customer Since: | 07/06/2009 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | [redacted] | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (954) 770-4578 | Contact Work Phone: | (323) 217-5470 |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Billing Party

| | |
|---|---|
| Account Number: | [redacted] |
| Name: | KISEAN ANDERSON |
| Billing Address: | [redacted], LOS ANGELES, CA 90046 |
| Account Status: Active | Billing Cycle: 8 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (310) 330-6699 | IMSI: | 310280132553422 |
| MSISDN Active: | 06/06/2023 - Current | | |
| Name: | KISEAN ANDERSON | | |
| User Address: | [redacted] LOS ANGELES, CA 90046 | | |
| Service Start Date: | 06/06/2023 | Dealer Info: | 0XCUZ 0XCUZ 0XCUZ |
| Payment Type: | Postpaid | | |
| Contact Name: | KISEAN ANDERSON | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | mamakingston90@yahoo.com | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| Non Payment - Automatic | 01/17/2024 |
| NON PAY CACS-T SUSPEND | 01/17/2024 |
| Non Payment - Automatic | 08/07/2023 |
| NON PAY CACS-T SUSPEND | 08/07/2023 |
| Customer Request | 06/06/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.

Page 1 of 1

Exhibit 40 - 0003

3948434
06/22/2024



## WIRELESS SUBSCRIBER INFORMATION

### Financial Liable Party

| | |
|---|---|
| Name: | KISEAN ANDERSON |
| Credit Address: | ███████████, LOS ANGELES, CA 90046 |

| | | | |
|---|---|---|---|
| Customer Since: | 07/06/2009 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | ███████ | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (954) 770-4578 | Contact Work Phone: | (323) 217-5470 |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Billing Party

| | | | |
|---|---|---|---|
| Account Number: | ████████ | | |
| Name: | KISEAN ANDERSON | | |
| Billing Address: | ███████████, LOS ANGELES, CA 90046 | | |
| Account Status: | Active | Billing Cycle: | 8 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (213) 782-9622 | IMSI: | 310280102121359 |
| MSISDN Active: | 09/07/2023 - Current | | |
| Name: | WIRELESS CALLER | | |
| User Address: | ███████████, LOS ANGELES, CA 90046 | | |
| Service Start Date: | 09/07/2023 | Dealer Info: | 7YPTM 7YPTM 7YPTM |
| Payment Type: | Postpaid | | |
| Contact Name: | WIRELESS CALLER | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | MAMAKINGSTON90@YAHOO.COM | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| NON PAY CACS-T SUSPEND | 01/17/2024 |
| Non Payment - Automatic | 01/17/2024 |
| CTN Activation | 09/07/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.

Page 1 of 1

Exhibit 40 - 0004



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 3948434

I, Amber Kostner, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T, and my title is Legal Compliance Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T. I further state that:

    a.    All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T, and they were made by AT&T as a regular practice; and

    b.    Such records were generated by AT&T's electronic process or system that produces an accurate result, to wit:

        1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

        2. The process or system is regularly verified by AT&T, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Amber Kostner*

06-22-2024

This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this document in error please do not forward or distribute it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message from your system.

Exhibit 40 - 0005