**skkkkk**
+18632665813

 **Mamakingston Bookings** (owner)
+19547704578



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 41

Exhibit 41 - 0001



**Mamakingston Bookings**
Lawyer said if one more jeweler says anything they will treat it as a criminal case
11/3/2021 6:52:08 PM(UTC+0)
Sources (1)

**skkkkk**
Coo black dude
11/3/2021 6:52:11 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
You owe four new jewelers ain't got no money for no more
11/3/2021 6:53:49 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Not even  1 penny
11/3/2021 6:56:01 PM(UTC+0)
Sources (1)

**skkkkk**
Please do this last 1 mother
11/3/2021 7:01:10 PM(UTC+0)
Sources (1)

**skkkkk**
Ima give u other watches back
11/3/2021 7:01:17 PM(UTC+0)

1

Exhibit 41 - 0002



skkkkk

Ima give u other watches back

11/3/2021 7:01:17 PM(UTC+0)

Sources (1)

skkkkk

Today

11/3/2021 7:01:20 PM(UTC+0)

Sources (1)

Mamakingston Bookings

But I don't have money to pay dude sean it's 120k

11/3/2021 7:02:07 PM(UTC+0)

Sources (1)

Mamakingston Bookings

The rest of watches are in the safe

11/3/2021 10:10:51 PM(UTC+0)

Sources (1)

Mamakingston Bookings

U ok mi G

11/4/2021 12:49:38 AM(UTC+0)

Sources (1)

Mamakingston Bookings

Raheem the jewelry man hear

11/4/2021 12:49:49 AM(UTC+0)

Sources (1)

2

Exhibit 41 - 0003



**Mamakingston Bookings**

The rest of watches are in the safe

11/3/2021 10:10:51 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

U ok mi G

11/4/2021 12:49:38 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Raheem the jewelry man hear

11/4/2021 12:49:49 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

U ain't tell me shit

11/4/2021 12:49:56 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

I'm in pain bro

11/4/2021 12:50:06 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

What's up with you and all this jewelry bro

11/4/2021 12:50:26 AM(UTC+0)

Sources (1)

3

Exhibit 41 - 0004



**Mamakingston Bookings**

What's up with you and all this jewelry bro

11/4/2021 12:50:26 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Focus on your craft

11/4/2021 12:50:39 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

All
36 songs got to be turn I. By December 31 and you only have 18

11/4/2021 12:51:16 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

While you worried about watches. Get rid of the man let him go to hotel

11/4/2021 12:51:53 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

That's your problem want man to stay at your house

11/4/2021 12:52:13 AM(UTC+0)

Sources (1)

4

Exhibit 41 - 0005



**Mamakingston Bookings**

That's your problem want man to stay at your house

11/4/2021 12:52:13 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Sean I am in serious pain and laying down

11/4/2021 12:52:35 AM(UTC+0)

Sources (1)

**skkkkk**

I didn't know mother

11/4/2021 1:05:04 AM(UTC+0)

Sources (1)

**skkkkk**

Give him the rose gold AP

11/4/2021 1:05:19 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Screenshot 2021-11-03 at...
image/png
~/Library/SMS/Attachmen...
https://p61-content.icloud...

11/4/2021 1:05:43 AM(UTC+0)

Sources (2)

5

Exhibit 41 - 0006



**Mamakingston Bookings**

Screenshot 2021-11-03 at...
image/png
~/Library/SMS/Attachmen...
https://p61-content.icloud...

11/4/2021 1:05:43 AM(UTC+0)

Sources (2)

**Mamakingston Bookings**

Not going out there tell him I just left dentist pills nock me out

11/4/2021 1:06:31 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

I'm in pain

11/4/2021 1:06:41 AM(UTC+0)

Sources (1)

**skkkkk**

Ok

11/4/2021 1:08:40 AM(UTC+0)

Sources (1)

**skkkkk**

I'll tell him

11/4/2021 1:08:43 AM(UTC+0)

Sources (1)

6

Exhibit 41 - 0007



**skkkkk**

I'll tell him

11/4/2021 1:08:43 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

And drop other jewelry off man

11/4/2021 1:09:07 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Driving around like last dude

11/4/2021 1:09:19 AM(UTC+0)

Sources (1)

**skkkkk**

INV0304.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p60-content.icloud...

11/4/2021 1:46:47 AM(UTC+0)

Sources (2)

**skkkkk**

PHOTO-2021-11-03-20-55...
image/heic
~/Library/SMS/Attachmen...
https://p72-content.icloud...

11/4/2021 3:57:54 AM(UTC+0)

7

Exhibit 41 - 0008



**skkkkk**

PHOTO-2021-11-03-20-55...
image/heic
~/Library/SMS/Attachmen...
https://p72-content.icloud...

11/4/2021 3:57:54 AM(UTC+0)

Sources (2)

**skkkkk**

Just open the email so he can see

11/4/2021 3:58:02 AM(UTC+0)

Sources (1)

**skkkkk**

Cause he knows when you open it

11/4/2021 3:58:31 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Sean not sure what's happening but u went from 75k to 133k. Bro im gone to sleep

11/4/2021 4:08:23 AM(UTC+0)

Sources (1)

**skkkkk**

He gave me the chain u liked kept pressuring me to buy so

11/4/2021 4:10:00 AM(UTC+0)

Sources (1)

8

Exhibit 41 - 0009



**skkkkk**

He gave me the chain u liked kept pressuring me to buy so

11/4/2021 4:10:00 AM(UTC+0)

Sources (1)

**skkkkk**

We got this mom

11/4/2021 4:10:03 AM(UTC+0)

Sources (1)

**skkkkk**

Just please work this for me lastly

11/4/2021 4:10:11 AM(UTC+0)

Sources (1)

**skkkkk**

I got u forever u know that

11/4/2021 4:10:22 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Explain to me how???

11/4/2021 4:11:04 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Drop man off to grt car and go to hotel

11/4/2021 4:29:54 AM(UTC+0)

Sources (1)

9

Exhibit 41 - 0010



**Mamakingston Bookings**

Drop man off to grt car and go to hotel

11/4/2021 4:29:54 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Why he still with u tho

11/4/2021 4:30:10 AM(UTC+0)

Sources (1)

**skkkkk**

Ok mother

11/4/2021 4:30:29 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

He said he had to get remt a car and do errands

11/4/2021 4:30:39 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Same thing like other fool. And then they take shit back and hood get

11/4/2021 4:31:42 AM(UTC+0)

Sources (1)

**skkkkk**

All good in safe

11/4/2021 8:40:49 AM(UTC+0)

10

Exhibit 41 - 0011



**skkkkk**

All good in safe

11/4/2021 8:40:49 AM(UTC+0)

Sources (1)

**skkkkk**

So guy think it's a video with Bieber happening which it's not

11/4/2021 8:41:05 AM(UTC+0)

Sources (1)

**skkkkk**

So I'm gonna send u his number to hit him first when u wake up that cause of Bieber having a flu they wanna reschedule for Monday

11/4/2021 8:41:54 AM(UTC+0)

Sources (1)

**skkkkk**

Tell him I'm sleeping

11/4/2021 8:42:02 AM(UTC+0)

Sources (1)

**skkkkk**

Then we need dainty to make us a wire receipt

11/4/2021 8:42:30 AM(UTC+0)

Sources (1)

11

Exhibit 41 - 0012



**skkkkk**

Then we need dainty to make us a wire receipt

11/4/2021 8:42:30 AM(UTC+0)

Sources (1)

**skkkkk**

Show him the pic and that's it when "I wake up" I'll call him and that's that

11/4/2021 8:42:55 AM(UTC+0)

Sources (1)

**skkkkk**

+1 (857) 204-0837

11/4/2021 8:43:41 AM(UTC+0)

Sources (1)

**skkkkk**

They key is to call him early 9:30 am around there

11/4/2021 8:44:06 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

I still gave daisean driving truck sean you are either retarded or slow. Its a big truck daisean is too short for that truck sean!!! So let me ask you a question what you gonna do when he leave in two weeks ?? Im so confuse??? You was fine and all of a sudden u cant drive yourself smh

11/4/2021 8:55:46 AM(UTC+0)

12

Exhibit 41 - 0013

**Mamakingston Bookings**

I still gave daisean driving truck sean you are either retarded or slow. Its a big truck daisean is too short for that truck sean!!! So let me ask you a question what you gonna do when he leave in two weeks ?? Im so confuse??? You was fine and all of a sudden u cant drive yourself smh

11/4/2021 8:55:46 AM(UTC+0)

Sources (1)

**Mamakingston Bookings**

If something happen to truck again i swear on my life and you know i dont sweare i will not fix shit!! Period!!!

11/4/2021 9:08:58 AM(UTC+0)

Sources (1)

**skkkkk**

Audio Message.caf

~/Library/SMS/Attachmen...
https://p57-content.icloud...

11/4/2021 9:18:33 AM(UTC+0)

Sources (2)

**Mamakingston Bookings**

Trench Baby 2 Track Listin...
image/heic
~/Library/SMS/Attachmen...

13

Exhibit 41 - 0014



**Mamakingston Bookings**

Trench Baby 2 Track Listin...
image/heic
~/Library/SMS/Attachmen...
https://p50-content.icloud...

11/4/2021 6:36:34 PM(UTC+0)

Sources (2)

**skkkkk**

Loved an image

11/4/2021 6:40:17 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

IMG_3422.jpg
image/jpeg
~/Library/SMS/Attachmen...
https://p39-content.icloud...

11/4/2021 6:42:02 PM(UTC+0)

Sources (2)

**skkkkk**

Mother u don't listen to me

11/4/2021 7:49:37 PM(UTC+0)

Sources (1)

**skkkkk**

I told u to make a fake reciet

11/4/2021 7:49:52 PM(UTC+0)

**14**

Exhibit 41 - 0015



**skkkkk**

I told u to make a fake reciet

11/4/2021 7:49:52 PM(UTC+0)

Sources (1)

**skkkkk**

Driving

11/4/2021 7:49:57 PM(UTC+0)

Sources (1)

**skkkkk**

So it look like the transfer will be there in couple days

11/4/2021 7:50:11 PM(UTC+0)

Sources (1)

**skkkkk**

So he can get on his flight 🛫

11/4/2021 7:50:18 PM(UTC+0)

Sources (1)

**skkkkk**

Tonight

11/4/2021 7:50:23 PM(UTC+0)

Sources (1)

**skkkkk**

Now he's saying something about next Friday I' told him I'll talk with biz manager and call him back he said okay

11/4/2021 7:51:00 PM(UTC+0)

15

Exhibit 41 - 0016



**skkkkk**

Now he's saying something about next Friday I' told him I'll talk with biz manager and call him back he said okay

11/4/2021 7:51:00 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

I did he saiid wanted to talk to accountant so he said he cannot wait for monday it must be today. I said today is already pass deadline so he will have tomorrow

11/4/2021 7:52:08 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

So now doing one for him to get wire tomorrow

11/4/2021 7:52:28 PM(UTC+0)

Sources (1)

**skkkkk**

All good

11/4/2021 7:52:38 PM(UTC+0)

Sources (1)

**skkkkk**

I got him calm

11/4/2021 7:52:41 PM(UTC+0)

Sources (1)

16

Exhibit 41 - 0017



**skkkkk**

I got him calm

11/4/2021 7:52:41 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

This nigga a lier he not leaving

11/4/2021 7:52:49 PM(UTC+0)

Sources (1)

**skkkkk**

I'll tell u when I come back home

11/4/2021 7:52:52 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

He gungry

11/4/2021 7:52:55 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Selling his jewelry

11/4/2021 7:53:08 PM(UTC+0)

Sources (1)

**skkkkk**

Pleas transfer 200 for me please gonna buy headphones now

11/4/2021 9:01:34 PM(UTC+0)

Sources (1)

17

Exhibit 41 - 0018



**skkkkk**

Pleas transfer 200 for me please gonna buy headphones now

11/4/2021 9:01:34 PM(UTC+0)

Sources (1)

**skkkkk**

Audio Message.caf

~/Library/SMS/Attachmen...

11/4/2021 9:19:57 PM(UTC+0)

Sources (2)

**skkkkk**

Got it

11/4/2021 9:20:24 PM(UTC+0)

Sources (1)

**skkkkk**

Love you

11/4/2021 9:20:26 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Accountant email wire reciept

11/4/2021 10:11:15 PM(UTC+0)

Sources (1)

18

Exhibit 41 - 0019



Mamakingston Bookings

Accountant email wire reciept

11/4/2021 10:11:15 PM(UTC+0)

Sources (1)

Mamakingston Bookings

Please screenshot and send to him

11/4/2021 10:11:28 PM(UTC+0)

Sources (1)

Mamakingston Bookings

Yo

11/4/2021 10:13:08 PM(UTC+0)

Sources (1)

Mamakingston Bookings

The black man keep fucking calling me

11/4/2021 10:13:26 PM(UTC+0)

Sources (1)

Mamakingston Bookings

I sent u eire reciept new one in email

11/4/2021 10:13:58 PM(UTC+0)

Sources (1)

skkkkk

Ok

11/4/2021 10:14:03 PM(UTC+0)

Sources (1)

19

Exhibit 41 - 0020



skkkkk

Ok

11/4/2021 10:14:03 PM(UTC+0)

Sources (1)

Mamakingston Bookings

Wire

11/4/2021 10:14:03 PM(UTC+0)

Sources (1)

Mamakingston Bookings

Look in email and screen shot

11/4/2021 10:14:21 PM(UTC+0)

Sources (1)

Mamakingston Bookings

And sent to him

11/4/2021 10:14:40 PM(UTC+0)

Sources (1)

Mamakingston Bookings

Him hungry bro

11/4/2021 10:15:00 PM(UTC+0)

Sources (1)

skkkkk

I got this

11/4/2021 10:16:33 PM(UTC+0)

Sources (1)

20

Exhibit 41 - 0021



**skkkkk**

I got this

11/4/2021 10:16:33 PM(UTC+0)

Sources (1)

**skkkkk**

7 away mom I know

11/4/2021 11:19:54 PM(UTC+0)

Sources (1)

**skkkkk**

They don't need me now

11/4/2021 11:19:58 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

He took reciept

11/5/2021 12:10:54 AM(UTC+0)

Sources (1)

**skkkkk**

I know

11/5/2021 4:01:00 AM(UTC+0)

Sources (1)

21

Exhibit 41 - 0022