

Exhibit 43 - 0001



OAG Used Cash Proposal

Preview

Nov 21

**OCEAN** AUTOMOTIVE GROUP
Mazda | AUTO CLUB

Kisean Anderson
Sunrise, FL 33323
H: (786) 794-7685

Stock #
0 , Body Type:

**Cash**

| | |
|---|---|
| MSRP/Retail | $148,990.00 |
| Selling Price | $148,990.00 |
| Trade Difference | $148,990.00 |
| Dealer Fee | $999.00 |
| Total Taxes | $9,064.28 |
| Electronic Filing Service Fee | $249.00 |
| LICENSE FEES | $399.00 |
| FLA Battery Fee | $1.50 |
| Total Balance Due | $159,702.78 |

Exhibit 43 - 0002



# Funds Transfer Request #465374694 Has Been Scheduled

We have received the following transfer request on November 21, 2023:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Exhibit 43 - 0003



**Client:**
Name: EYES ABOVE WATER LLC
Amount: 159,702.78
ACCOUNT: ▮▮▮▮▮▮▮▮
SWIFT: ▮▮▮▮▮▮▮▮

**Receiver:**
Name: OCEAN AUTO CENTER INC
ROUTING: ▮▮▮▮▮▮▮▮
ACCOUNT: ▮▮▮▮▮▮▮▮

**Order Information**
Confirmation Number: 465374694
Date: 11.21.2023
Status: Pending

Exhibit 43 - 0004