

**Mamakingston Bookings**

Screenshot 2024-01-03 at...
image/png
~/Library/SMS/Attachmen...
https://p47-content.icloud...

1/3/2024 7:10:47 PM(UTC+0)

Sources (2)

**Mamakingston Bookings**

IMG_1779.jpg
image/jpeg
~/Library/SMS/Attach...
https://p28-content.icl...

IMG_1778.PNG
image/png
~/Library/SMS/Attach...

1/3/2024 7:52:53 PM(UTC+0)

Sources (3)

**Mark Mosquera Business Account**

Novo.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p45-content.icloud...

1/3/2024 7:56:11 PM(UTC+0)

Sources (2)

A0386-C
**GOVERNMENT EXHIBIT**
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 45

Exhibit 45 - 0001



**Mamakingston Bookings**

When you have time please change date from 10 to 26

Novo.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p63-content.icloud...

1/14/2024 5:03:33 PM(UTC+0)

Sources (2)

**Mamakingston Bookings**

????

1/15/2024 7:15:28 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

Novo.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p63-content.icloud...

1/15/2024 7:17:09 PM(UTC+0)

Sources (2)

**Mark Mosquera Business Account**

Gm. Did it work?

1/16/2024 2:25:24 PM(UTC+0)

Sources (1)

Exhibit 45 - 0002



**Mark Mosquera Business Account**

Novo.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p63-content.icloud...

1/15/2024 7:17:09 PM(UTC+0)

Sources (2)

**Mark Mosquera Business Account**

Gm. Did it work?

1/16/2024 2:25:24 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Yup

1/16/2024 2:45:55 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**

Gm

1/16/2024 2:45:58 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**

Great

1/16/2024 2:46:05 PM(UTC+0)

Sources (1)

Exhibit 45 - 0003



**11:32**

## Photo ⌄          **Done**



Números de cuenta y de ruta ⌃

**Número de cuenta** ▮▮▮▮▮

**Números de ruta**

Papel y electrónico ▮▮▮▮▮

Utilice el número de ruta para solicitar cheques,
configurar depósitos directos y pagos salientes hacia
otras instituciones financieras.

Transferencias por
cable ▮▮▮▮▮

Utilice este número de ruta para todas las transferencias
por cable entrantes.

   

Exhibit 45 - 0004

To:        ver ver entertainment llc

Exhibit 45 - 0005



**A payment is coming your way**

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/10/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a $40 bonus for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

**Get Started**

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0006



**A payment is coming your way**

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/10/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a $40 bonus for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

**Get Started**

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0007



**A payment is coming your way**

Hi Ver Ver Entertainment LLC,

Eyes Above Water LLC has sent you a payment for $40,000.00 using Novo.

Funds should arrive in your BANK OF AMERICA, N.A. account ending in 4738 on 01/25/2024.

Message for you:

**Television Setup** .

Interested in joining more than 200,000 small businesses using Novo? Apply in minutes, and earn a **$40 bonus** for funding your account.

Experience powerfully simply business banking with no hidden fees, invoicing and budgeting tools, and easily connect to all of your business apps.

**Get Started**

Please let us know if you have any questions, our team is happy to help.

Cheers,

The Novo Team

Learn more at novo.co

Disclaimer: "Novo Platform Inc. ("Novo") is a fintech, not a bank. Banking services provided by Middlesex Federal Savings, F. A.; Member FDIC."

Exhibit 45 - 0008