

Exhibit 46 - 0001



**Mamakingston Bookings**
Do Bank of America
10/24/2023 9:56:30 PM(UTC+0)
Sources (1)

**Mark Mosquera Business Account**
Your phone going in and out
10/24/2023 9:57:29 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
285k it's my people just to shut him up
10/24/2023 9:57:59 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Use Bank of America
10/24/2023 9:58:08 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Not first republic
10/24/2023 9:58:20 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Do ach.
10/24/2023 9:58:25 PM(UTC+0)
Sources (1)

Exhibit 46 - 0002



Exhibit 46 - 0003



**Mark Mosquera Business Account**
Did he accept the letter
10/25/2023 8:55:29 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Yes girl running arount
10/25/2023 9:55:15 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
The reciept nahhhh lol
10/25/2023 9:55:26 PM(UTC+0)
Sources (1)

**Mark Mosquera Business Account**
Good
10/25/2023 9:55:29 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Call in a few
10/25/2023 9:55:31 PM(UTC+0)
Sources (1)

**Mark Mosquera Business Account**
Laughed at "The reciept nahhhh lol"
10/25/2023 9:55:34 PM(UTC+0)
Sources (1)

Exhibit 46 - 0004

## Bank Of America

Client:

Name: EYES ABOVE WATER LLC

Amount: 285,000 USD

Account: ███████████

Routing: ███████████

**Receiver:**

Name: MAZAL JEWELERS INC

Routing/ABA Number: ███████████

Account Number: ███████████

CHASE SWIFT CODE: ███████████

**Order Information:**

Order Number: 86728385539

Date: 10.25.2023

Status: **Pending**

**Execution Type: ACH**

Exhibit 46 - 0005