

Exhibit 47 - 0001

3/14/24, 9:28 PM                                       Kingston Bookings Mail - Your transfer was successfully sent

**Kingston Bookings <kingstonbookings90@gmail.com>**

---

### Your transfer was successfully sent
1 message

---

**Online Transfers from Bank of America**                                        Thu, Mar 14, 2024 at 5:26 PM
<bankofamericatransfers@mail.transfers.bankofamerica.com>
Reply-To: Online Transfers from Bank of America <bankofamericatransfers@mail.transfers.bankofamerica.com>
To: kingstonbookings90@gmail.com

We have successfully sent the following transfer:

```
**********************************************
Item #:        467838149
Amount:        $480,000.00
To:            Andrii Nikolenko
Fee:           3.00
Send on Date:  03/14/2024
Service:       3 Business Day
**********************************************
```

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

---

This is a service email from Bank of America.  Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

Read our privacy policy: http://www.bankofamerica.com/privacy

Please don't reply directly to this automatically-generated email message.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:

http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2024 Bank of America Corporation. All rights reserved.

This email was sent to: kingstonbookings90@gmail.com

Exhibit 47 - 0002