**Mamakingston Bookings**
Todays date and use Bank of America template cause they got first republic
[PDF] INV#3_EAW_4_18_23.pdf
application/pdf
~/Library/SMS/Attachmen...
https://p60-content.icloud...
6/1/2023 2:03:12 PM(UTC+0)
Sources (2)

**Mark Mosquera Business Account**
Got a
6/1/2023 2:15:24 PM(UTC+0)
Sources (1)

**Mark Mosquera Business Account**
It
6/1/2023 2:15:26 PM(UTC+0)
Sources (1)

**Mamakingston Bookings**
Do u know when? Cause I have the other one as well
6/1/2023 4:52:51 PM(UTC+0)
Sources (1)

**Mark Mosquera Business Account**
Ready
6/1/2023 4:56:52 PM(UTC+0)
Sources (1)

GOVERNMENT EXHIBIT
CASE NO. 24-60126-CR-DSL
EXHIBIT NO. 49A

# INVOICE
EAW23

**California Entertainer Coach Leasing**
7142 Mohawk St
San Diego, CA 92115

DATE: 4/18/23

**Eyes Above Water, LLC**
7119 W Sunset Blvd. Ste 588
Los Angeles, CA 90046

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 14 Days | Bus Lease w/ Driver & Services Payment #3 **(Sean Kingston)** <br> Due on or before 6/1/23 <br><br> Bus Lease w/ Driver & Services (6/11/23-6/24/23) | | $25,451.58 |
| | | **SUBTOTAL** | $25,451.58 |
| | | **4% CREDIT CARD TRANSACTION FEE** | |
| | | **TOTAL** | $25,451.58 |

Thank you

Account Name: California Entertainer Coach Leasing, Inc.
Bank ABA routing number: 
Checking Account Number: ▮▮▮▮▮▮▮▮
Account Address: 7142 Mohawk St. San Diego, CA 92115

Bank Name: First Republic Bank
Bank Address: 1110 Camino Del Mar, Del Mar, CA 92014
Bank Telephone: (858)755-5600

Exhibit 49A - 0002



**Mark Mosquera Business Account**
Ready
6/1/2023 4:56:52 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**
No
6/1/2023 4:58:00 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**
This is for 25 thousand plus
6/1/2023 4:58:20 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**
Look at invoice
6/1/2023 4:58:27 PM(UTC+0)

Sources (1)

**Mamakingston Bookings**
I'll send u the one for 10k plus
6/1/2023 4:58:47 PM(UTC+0)

Sources (1)

**Mark Mosquera Business Account**
Okay Il fix it now
6/1/2023 4:59:32 PM(UTC+0)

Sources (1)
Exhibit 49A - 0003





# Bank Of America

**Client:**

Name EYES ABOVE WATER LLC

Amount: 25,451.58 USD

IBAN: ▮▮▮▮▮▮▮▮

BIC/BLZ ▮▮▮▮▮▮▮▮

**Receiver:**

Name: CALIFORNIA ENTERTAINER COACH LEASING

BWR: ▮▮▮▮▮▮▮▮

IBAN: ▮▮▮▮▮▮▮▮

**Order Information :**

Order Number: 852955457

Date: 06.01.2023

Status :**Pending**

**Execution Type: ACH**