
**Mamakingston Bookings** (owner)
+19547704578


**CEO King** JM
+13103306699


**Seanking**
+18633037836

