UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a/ Sean Kingston

                Defendants.
_____/

## STIPULATION

The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON, a/k/a/ Sean Kingston, hereby stipulate and agree to the following facts:

On October 24, 2023, a false Bank of America wire transfer receipt in the amount of $285,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 954-400-9300;

On November 21, 2023, a false First Republic Bank wire transfer receipt in the amount of $159,702.78 was transmitted via text message in interstate commerce from wireless phone number 863-303-7836 to wireless phone number 786-702-6969;

On January 15, 2024, a false Novo payment confirmation receipt in the amount of $40,000 was transmitted via text message in interstate commerce from wireless phone number 310-330-6699 to wireless phone number 386-344-8426;

On March 14, 2024, a false Bank of America wire transfer receipt in the amount of $480,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 323-532-7624.

Date: 3/27/25      By: _____
                                 MARC S. ANTON
                                 ASSISTANT U. S. ATTORNEY

Date: 3/27/25      By: _____
                                 TREVOR JONES
                                 ASSISTANT U. S. ATTORNEY

1

[Government Exhibit stamp: CASE NO. 24-60126-CR-DSL, EXHIBIT NO. 55]


Date: 3/27/2025            By: _____
                                HUMBERTO DOMINGUEZ, ESQ.
                                ATTORNEY FOR DEFENDANT

Date: 03/27/2025           By: _____
                                JANICE ELEANOR TURNER
                                DEFENDANT

Date: 3/27/2025            By: _____
                                ROBERT A. ROSENBLATT, ESQ.
                                ATTORNEY FOR DEFENDANT

Date: 3/27/2025            By: _____
                                ZELJKA BOZANIC, ESQ.
                                ATTORNEY FOR DEFENDANT

Date: 03/27/2025           By: _____
                                KISEAN PAUL ANDERSON
                                DEFENDANT

2

Case 0:24-cr-60126-DSL   Document 92-49   Entered on FLSD Docket 04/01/2025   Page 2 of 2