

# U.S. District Court

## Georgia Northern - Atlanta

Receipt Date: Apr 14, 2025 12:32PM

ANZIKA TULIVA

Rcpt. No: 100018577                    Trans. Date: Apr 14, 2025 12:32PM                    Cashier ID: #SW (3338)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DGAN125MJ000381 /001<br>KISEAN P ANDERSON | 1 | 100000.00 | 100000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Check/Money Order | #9521519893 | 04/11/2025 | | $100,000.00 |
| | | | Total Due Prior to Payment: | | $100,000.00 |
| | | | Total Tendered: | | $100,000.00 |
| | | | Total Cash Received: | | $0.00 |

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.