UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KISEAN PAUL ANDERSON**
**a/k/a SEAN KINGSTON**,

    Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION
## FOR RELEASE PENDING TRANSFER OF BOND FUNDS

THIS CAUSE came before the Court on Unopposed Motion for Release Pending Transfer of Bond Funds [ECF No. 108]. Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Defendant shall be released pending the transfer of bond funds from the Northern District of Georgia. Upon release, the Defendant must report immediately to the United States Probation Office. All previously-imposed conditions of bond, including but not limited to home detention and GPS monitoring, remain in full force and effect.

**DONE AND ORDERED** in the Southern District of Florida on April 16, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record