UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60126-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KISEAN PAUL ANDERSON,
a/k/a SEAN KINGSTON,

    Defendant.
_____/

## ORDER DENYING MOTION TO TRAVEL

THIS CAUSE came before the Court on Defendant's Motion to Travel [ECF No. 113]. Being fully advised, having reviewed the submissions of the parties, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on May 5, 2025.

                                            DAVID S. LEIBOWITZ
                                            UNITED STATES DISTRICT JUDGE

cc:  counsel of record