UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
        Defendant.

_____/

## ROBERT A. ROSENBLATT'S MOTION TO WITHDRAW AS COUNSEL FOR KISEAN PAUL ANDERSON A/K/A SEAN KINGSTON

COMES NOW ROBERT A. ROSENBLATT, ESQ. and files this motion to withdraw as counsel for the Defendant, KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON, and as grounds states the following facts in support:

1.     The undersigned was retained shortly after the arrest of Defendant ANDERSON in California on July of 2024, and has represented him since that date.

2.     That there have arisen irreconcilable differences between the Defendant ANDERSON and the undersigned to the extent that the undersigned cannot continue to represent the Defendant in this case.

3.      The undersigned has no authority from the Defendant to continue to represent him, and accordingly the undersigned is forced to file this motion to withdraw. See Rules of Professional Conduct Rule 4-1.16(2)(3) and 4-1.16(a)(3) and Rule 4-1.16(b)(1).

4.      Withdrawal of the undersigned can be accomplished without any material adverse effect on the interests of the client in that Defendant ANDERSON continues to be represented on post-conviction issues by Zeljka Bozanic, Esq.

5.      Pursuant to Local Rule 7.1(2) the undersigned has conferred with AUSA, Marc Anton regarding his position on this matter.  Mr. Anton has no objection to the undersigned withdrawing as counsel. The undersigned has conferred with Defendant ANDERSON who has no objection to the undersigned withdrawing as counsel as Ms. Bolanic will attend to post-conviction matters.[1]

WHEREFORE the undersigned moves for an Order from this Honorable Court granting this motion and permitting Robert A. Rosenblatt to withdraw as counsel for Defendant ANDERSON and releasing Robert A. Rosenblatt of any responsibility in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Robert A. Rosenblatt's motion to withdraw as counsel for Kieran Paul Anderson has been furnished by email to Marc S. Anton, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394, **marc.anton@usdoj.gov**, to Zeljka Bozanic, Esq.: **info@**bozaniclaw.com, to Kisean Paul Anderson at **kingstonbookings90@gmail.com** and to: Humberto Dominguez, Esq., at: **bert@dominguezlaw.com** this 21st day of May, 2025.

---

[1] The undersigned advised the Defendant, Anderson, if he had any objection to the undersigned withdrawing to advise us by 3pm on May 21st, 2025. There has been no response from Defendant Anderson. The undersigned is prepared to show the court the texts the undersigned received from Defendant, Anderson *en camera* and on an *ex-parte* .

Respectfully Submitted,

/s/: ROBERT A. ROSENBLATT, P.A.
        Fla.Bar No. 153239

THE ROSENBLATT LAW FIRM
7695 SW 104th Street
Second Floor
Pinecrest, Fl 33156
(305) 536-3300
**rar@rosenblattlawyer.com**

Attorney for Defendant, Kisean Paul Anderson
a/k/a Sean Kingston