ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KISEAN PAUL ANDERSON,**
**a/k/a Sean Kingston,**

    Defendant.
_____/

**ORDER DENYING MOTION TO WITHDRAW**

THIS CAUSE came before the Court on Attorney Robert A. Rosenblatt's Motion to Withdraw as Counsel for Kisean Paul Anderson a/k/a/ Sean Kingston [ECF No. 115]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED**.

    **DONE AND ORDERED** in the Southern District of Florida on May 25, 2025.

 

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record