UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-60126-LEIBOWITZ

**UNITED STATES OF AMERICA**
  **Plaintiff,**
vs.

**KISEAN PAUL ANDERSON,**
  **a/k/a SEAN KINGSTON,**
    **Defendant.**
_____/

## NOTICE OF STRIKING ECF NO. 120

The Defendant, KISEAN ANDERSON, by and though the undersigned counsel, hereby files this Notice of Striking Defendant's Unopposed Motion to Change Residence [ECF No. 120]. The undersigned was notified that the address provided to Probation on June 3, 2025 will need to be changed. A new motion will be filed after the new address is provided to probation.

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 4, 2025, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd., Suite 1
Weston, FL 33326
Telephone:   954.920.9750
Facsimile:   954.400.0335
E-Mail: Zeljka@bozaniclaw.com

        /s/*Zeljka Bozanic*
By:_____
      Zeljka Bozanic
      Florida Bar No.  23707