UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-60126-LEIBOWITZ

**UNITED STATES OF AMERICA**
      **Plaintiff,**
vs.

**KISEAN PAUL ANDERSON,**
   a/k/a SEAN KINGSTON,
      **Defendant.**
_____/

### ORDER GRANTING DEFENDANT'S
### UNOPPOSED MOTION TO CHANGE RESIDENCE

This matter having come before this Court on the Defendant's Unopposed Motion to Change Residence, the Government having no objection, and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Mr. Anderson's Motion is hereby GRANTED. Mr. Anderson shall be permitted to move to the address in Fort Lauderdale, Florida provided to United States Probation on June 13, 2025.

DONE AND ORDERED in the Southern District of Florida this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Cc:
United States Probation
AUSA Marc Anton
Zeljka Bozanic