```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

           CASE NO.  24-60126-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KISEAN PAUL ANDERSON**
**a/k/a/ SEAN KINGSTON,**

    Defendant.
_____/

<u>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CHANGE RESIDENCE**</u>

THIS CAUSE came before the Court on the Defendant's Unopposed Motion to Change Residence [ECF No. 123]. Being fully advised, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Kisean Paul Anderson shall be permitted to move to the residential address in Fort Lauderdale, Florida, provided to the Probation Department on June 13, 2025.

**DONE AND ORDERED** in the Southern District of Florida on June 17, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record