UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**
                **Plaintiff,**
**vs.**

**KISEAN PAUL ANDERSON,**
    **a/k/a SEAN KINGSTON,**
        **Defendant.**

**ORDER GRANTING DEFENDANT'S
SECOND UNOPPOSED MOTION TO CHANGE RESIDENCE**

Before the Court is Defendant Anderson's Second Unopposed Motion to Change Residence [ECF No. 137]. The Government having no objection, and the Court having considered the Motion and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that Defendant Anderson's Motion is hereby **GRANTED.**

Mr. Anderson shall be permitted to move to the address in Hollywood, Florida, provided to United States Probation on July 16, 2025.

**DONE AND ORDERED** in the Southern District of Florida on July 18, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRCIT JUDGE**

cc: counsel of record