**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-60126-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

     Plaintiff,

v.

**KISEAN PAUL ANDERSON**
**a/k/a SEAN KINGSTON,**

     Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court on Robert A. Rosenblatt's Renewed Motion to Withdraw as Co-Counsel to Defendant Anderson [ECF No. 148].  The Court has considered the Motion.  It is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**  Robert A. Rosenblatt, Esq. is relived of further responsibility.  The Clerk of Court is directed to remove him as counsel in this case.

    **DONE AND ORDERED** in the Southern District of Florida on July 31, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record