UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-60126-LEIBOWITZ

**UNITED STATES OF AMERICA**
      **Plaintiff,**
vs.

**KISEAN PAUL ANDERSON,**
   **a/k/a SEAN KINGSTON,**
      **Defendant.**
_____/

**MOTION FOR DISBURSEMENT OF BOND**

COMES NOW the undersigned and respectfully states to this Honorable Court that the above named defendant has complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's cash bail heretofore posted by <u>Anzika Tuliva</u> in the amount of $100,000 plus any accrued interest be refunded to: <u>ANZIKA TULIVA.</u>

(Name of Payee. Do NOT include a Mailing address. A notarized assignment is requested if the payee is different from the person posting bond.)

(the above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial section or internet. The completed forms should be provided to the Financial Section but not filed in the Court file. Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

Pursuant to Local Rule 88.9, undersigned counsel contacted AUSA Marc Anton, who does not object.

/s/Zeljka Bozanic
_____
(Petitioner or Attorney)

**ORDER**

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court make the above-mentioned disbursement.

DONE AND ORDERED in the Southern District of Florida this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

Cc:   U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk (w/original W-8 or W-9)