**Subject:** Fwd: Letter to judge Leibowitz
**Date:** Friday, August 15, 2025 at 12:32:04 PM Eastern Daylight Time
**From:** Anthony Routh
**To:** Info@bozaniclaw.com

Begin forwarded message:

> **From:** Anthony Routh
> **Date:** August 14, 2025 at 19:46:02 EDT
> **To:** Kanema Morris
> **Subject: Fw: Letter to judge Leibowitz**

Ct. ex.
50

Here's another character reference for Sean...

**From:** Jonathan Rotem
**Sent:** Thursday, August 14, 2025 7:40 PM
**To:**
**Subject:** Fwd: Letter to judge Leibowitz

Dear Judge Leibowitz,

My name is Jonathan "JR" Rotem, and I am a music producer who discovered and signed Kisean Anderson, known professionally as "Sean Kingston," in 2006 when he was just 15 years old.

My team and I were immediately struck not only by his immense talent but by his warmth and generosity of spirit. If he were only talented but lacked character, we would not have been comfortable to work so closely with him, and invite him into our homes.

Within a short time, we partnered with Sony Music, completed his debut album, and released his hit Beautiful Girls, which changed all of our lives.

Over the years, I have remained close to Sean and watched him grow from a teenager into an adult. While I am aware of his unfortunate current legal troubles, I am not here to discuss the charges. Instead, I humbly wish to speak to his character which I know quite well. Since we met, Sean has always been kind, generous, and gentle. He has also always been extremely loyal. In all the years I have known him, I have never known him to be involved in any violent incident.

Sean's upbringing was difficult to say the least. When we met in 2006, his mother was already serving time for what I understood to be an identity fraud case. He was

under the care of his older brother. Without a father present and with his primary role model incarcerated, Sean was dealt a challenging hand. While every adult must take responsibility for their actions, I believe these early circumstances and Sean's understandable loyalty to his mother, shaped his path in ways that were not entirely within his control.

I respectfully ask the Court to consider that Sean's alleged offenses are non-violent and that incarceration would deprive him of the chance to continue contributing positively to the world through his music. Despite his mistakes, I must reiterate that Sean has a genuinely good heart, and I strongly believe he has the capacity to learn, grow, and make better choices moving forward.

Thank you, Your Honor, for your time and consideration.

Respectfully,

Jonathan "JR" Rotem