Honorable Judge Leibowitz

This letter is in support for my son, Kisean Anderson, known to many as Sean Kingston. I respectfully ask that you consider this statement as a reflection of his character beyond the headlines and allegations.

Sean is not only a well-known musical artist, he is a human being navigating the complexities of life in the public eye. Sean is a kindhearted individual who, despite his fame, remains grounded in his values, his love for his family, and genuinely cares for those around him. He has always been someone who uplifts others whether through mentorship, acts of charity, or simply offering help and encouragement to people who need it.

Sean has faced challenges, some of which come from the burden of early success and constant public expectations. He successfully launched a career and record deal at the young age of 16 years old with his first hit single just one year later. All this occurred while his mother, his only caregiver and strength, was incarcerated. His father was also absent from his life which also attributed to his early struggles.

In 2010, Sean suffered a traumatic heart injury after a jet ski accident that nearly claimed his life. This was the turning point where he was changed. He had to have two open heart surgeries and requires follow ups with his cardiologist every 6 months.

Sean is not a person that is driven by malicious intent or deceit. He is someone that often tries to help too many people, often at his own expense. In many cases, what appears as recklessness stems from misplaced trust, not criminality.

Sean has always shown a willingness to take accountability and a desire to grow from life's setbacks. I believe with the right structure and support, he will continue to mature and use his talents and influence to contribute positively to society. Sean has the heart to rebuild, and more importantly to give back to the community he loves.

I hope the court will consider the full scope of Sean's character, his generosity, his potential, and his sincere intention to make things right. I humbly ask that you consider a sentence with house arrest so that Sean may continue on the right path to redemption.

Sincerely,
Sean's Mom

*Janice Turner*

CT. EX. 51